```
Ralph S. LaMontagne, Jr. [State Bar No. 91536]
Eric A. Amador [State Bar No. 143395]
Thomas T. Carpenter [State Bar No. 98051]
LaMONTAGNE & AMADOR LLP
150 S. Los Robles Avenue, Suite 940
Pasadena, California 91101
Telephone:  (626) 765-6800
Facsimile:  (626) 765-6801

Attorneys for Defendant
OLD REPUBLIC INSURANCE COMPANY
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R CONSULTING & SALES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 3:17-cv-00171-LAB-BLM<br><br>**NOTICE OF LODGMENT AND LODGMENT OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:  July 23, 2018<br>Time:  11:30 a.m.<br>Ctrm:  14A<br><br>Removal Filed:  1/30/2017 |

**TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant, Old Republic Insurance Company ("ORIC"), hereby respectfully lodges the following exhibits with the Court, in support of its Motion For Summary Judgment, Or, In The Alternative, Partial Summary Judgment ("Motion").  The declarations accompanying the Motion, authenticating each exhibit, are identified in parentheses after the description of that exhibit.  As established in those

declarations, each of the exhibits is a true and correct copy of the documents identified below:

| Exhibit 1 - | Excerpts of deposition of Lance Z. Ricotta ("Ricotta") taken February 15, 2018, along with certain exhibits thereto. (Declaration of Ralph S. LaMontagne, Jr. ("LaMontagne Decl."), ¶ 2.) |
|---|---|
| Exhibit 2 - | Excerpts of deposition of Raquel Michel ("Michel") taken January 31, 2018, along with an exhibit thereto. (LaMontagne Decl., ¶ 3.) |
| Exhibit 3 - | "Corrected Judgment in a Criminal Case" (Doc. 123) filed in this Court on February 9, 2005 in the case of *United States of America v. Lance Z. Ricotta*, case no. 3:02-cr-0033-W ("*Ricotta* Felony Action"). (LaMontagne Decl., ¶ 4.) |
| Exhibit 4 - | "Petition for Warrant or Summons for Offender Under Suspension" (Doc. 129) filed in this Court on April 4, 2006 in *Ricotta* Felony Action. (LaMontagne Decl., ¶ 5.) |
| Exhibit 5 - | Minute order (Doc. 139) filed in this Court on June 23, 2006 in *Ricotta* Felony Action. (LaMontagne Decl., ¶ 6.) |
| Exhibit 6 - | September 10, 2013 "Aircraft Insurance Application" submitted by plaintiff R Consulting & Sales, Inc. ("R Consulting"). (Michael Prahl declaration ("Prahl Decl."), ¶ 9; Jennifer Melvin declaration ("Melvin Decl."), ¶ 5.) |
| Exhibit 7 - | September 4, 2013 Ricotta "Pilot Experience Form". (Prahl Decl., ¶ 9; Melvin Decl., ¶ 5.) |
| Exhibit 8 - | September 11, 2013 email from Melvin to James Coleman ("Coleman"). (Prahl Decl., ¶ 9; Melvin Decl., ¶ 10.) |

| Exhibit | 9 -  | September 17, 2013 email from Melvin to Coleman. (Prahl Decl., ¶ 9; Melvin Decl., ¶ 11.) |
|---|---|---|
| Exhibit | 10 - | January 5, 2018 "Notice of Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action," along with an attached Subpoena to Avsurance Corporation ("Avsurance"). (LaMontagne Decl., ¶ 7.) |
| Exhibit | 11 - | September 18, 2013 letter from Coleman to Melvin. (LaMontagne Decl., ¶ 8; Melvin Decl., ¶ 12.) |
| Exhibit | 12 - | September 19, 2013 emails from Coleman to Melvin and from Melvin to Coleman. (LaMontagne Decl., ¶ 9; Melvin Decl., ¶ 15.) |
| Exhibit | 13 - | Certified copy of ORIC policy no. CA 0024601, effective September 30, 2013 to September 30, 2014. (Prahl Decl., ¶ 5; Melvin Decl., ¶ 16.) |
| Exhibit | 14 - | September 29, 2015 email from Doug Bland ("Bland") to Ricotta, and September 30, 2015 email from Ricotta to Bland. (Les Sychak declaration ("Sychak Decl."), ¶ 5.) |
| Exhibit | 15 - | "Complaint for: (1) Breach of Agency Agreement; (2) Breach of Lease; (3) Conversion; (4) Intentional Misrepresentation (Fraud); and (5) Negligence" filed in the Superior Court of California, County of San Diego, in case of *R Consulting & Sales, Inc. v. Pablo Gonzalez Ulloa, et al.*, case no. 37-2015-00021516-CU-BC-CTL. (LaMontagne Decl., ¶ 10.) |
| Exhibit | 16 - | December 7, 2015 San Diego County Sheriff's Department Crime/Incident Report. (LaMontagne Decl., ¶ 11.) |
| Exhibit | 17 - | Requests for Admission, Set One (with exhibits) served upon R Consulting by ORIC on September 25, 2017. (LaMontagne |

| | | |
|---|---|---|
| | | Decl., ¶ 12.) |
| Exhibit | 18 - | R Consulting's Response to Requests for Admission, Set One, served upon ORIC by R Consulting on October 30, 2017. (LaMontagne Decl., ¶ 13.) |
| Exhibit | 19 - | Complaint for: (1) Breach of contract; (2) Tortious Breach of the Duty of Good Faith and Fair Dealing filed by R Consulting in this action. (LaMontagne Decl., ¶ 14.) |
| Exhibit | 20 - | R Consulting's Response to Interrogatories, Set One, served by R Consulting on ORIC on October 30, 2017. (LaMontagne Decl., ¶ 15.) |
| Exhibit | 21 - | Certified copy of ORIC policy no. CA 00246202, effective September 30, 2014 to September 30, 2015 ("14/15 policy"). (Prahl Decl., ¶ 5; Melvin Decl., ¶ 20.) |
| Exhibit | 22 - | ORIC's Request for Production of Documents and Electronically-Stored Information, Set One, served by ORIC upon R Consulting on September 25, 2017. (LaMontagne Decl., ¶ 16.) |
| Exhibit | 23 - | May 28, 2015 letter from Paul S. Metsch to Pablo Gonzalez Ulloa ("Ulloa"). (LaMontagne Decl., ¶ 17.) |
| Exhibit | 24 - | August 3, 2015 email from Jose Luis Sanchez ("Sanchez") to Ricotta, along with attachment (LaMontagne Decl., ¶ 18.) |
| Exhibit | 25 - | July 2, 2015 email from Ricotta to Ulloa, along with trailing emails. (LaMontagne Decl., ¶ 19.) |
| Exhibit | 26 - | October 23, 2015 email exchange between Bland and Ulloa. (Sychak Decl., ¶ 5.) |
| Exhibit | 27 - | December 1, 2015 email from Ulloa to Michael Mason ("Mason"), along with trailing emails. (LaMontagne Decl., ¶ |

LAW OFFICES
LAMONTAGNE & AMADOR LLP
239168

|  |  |  |
|---|---|---|
|  |  | 20.) |
| Exhibit | 28 - | July 6, 2015 email from Ricotta to Sanchez, along with trailing emails. (LaMontagne Decl., ¶ 21.) |
| Exhibit | 29 - | September 23, 2015 email from Coleman to Ed Underwood ("Underwood"). (LaMontagne Decl., ¶ 22.) |
| Exhibit | 30 - | October 15, 2015 email from Ruth Bitterman to Michel, with attached letter from Sychak to Michel. (LaMontagne Decl., ¶ 23.) |
| Exhibit | 31 - | October 15, 2015 email from Bland to Ricotta, along with trailing emails. (LaMontagne Decl., ¶ 24.) |
| Exhibit | 32 - | October 23, 2015 email from Bland to Ricotta, along with trailing emails. (LaMontagne Decl., ¶ 25.) |
| Exhibit | 33 - | November 13, 2015 email from Sychak to Michel. (LaMontagne Decl., ¶ 26.) |
| Exhibit | 34 - | December 4, 2015 email from Sychak to Mason. (LaMontagne Decl., ¶ 27.) |
| Exhibit | 35 - | December 7, 2015 email from Mason to Sychak. (LaMontagne Decl., ¶ 28.) |
| Exhibit | 36 - | November 30, 2015 email from Ricotta to Bland. (Sychak Decl., ¶ 5.) |
| Exhibit | 37 - | September 28, 2015 email from Ricotta to Coleman and Underwood, along with trailing emails. (Prahl Decl., ¶ 9.) |
| Exhibit | 38 - | Undated email from Ulloa to Mason, along with trailing emails. (LaMontagne Decl., ¶ 29.) |
| Exhibit | 39 - | November 10, 2015 email from Ricotta to Ulloa, along with trailing emails. (LaMontagne Decl., ¶ 30.) |
| Exhibit | 40 - | December 4, 2015 email from Mason to Ulloa, along with |

| | | |
|---|---|---|
| | | trailing emails.  (LaMontagne Decl., ¶ 31.) |
| Exhibit | 41 - | January 13, 2016 email from Sychak to Michel.  (LaMontagne Decl., ¶ 32.) |
| Exhibit | 42 - | January 27, 2016 email from Mason to Sychak, along with trailing emails.  (LaMontagne Decl., ¶ 33.) |
| Exhibit | 43 - | February 12, 2016 email from Mason to Sychak, along with trailing emails.  (LaMontagne Decl., ¶ 34.) |
| Exhibit | 44 - | February 15, 2016 email from Mason to Sychak, along with trailing emails.  (LaMontagne Decl., ¶ 35.) |
| Exhibit | 45 - | March 17, 2016 Old Republic Aerospace, Inc. ("ORA") claim note entered by Sychak.  (Sychak Decl., ¶ 5.) |
| Exhibit | 46 - | March 24, 2016 email sent by Sychak to Mason, with attached position letter.  (Sychak Decl., ¶ 5.) |
| Exhibit | 47 - | July 1, 2016 letter from Sychak to James Pyle ("Pyle").  (Sychak Decl., ¶ 5.) |
| Exhibit | 48 - | August 2014 R Consulting "Aircraft Insurance Application".  (Prahl Decl., ¶ 9; Melvin Decl., ¶ 17.) |
| Exhibit | 49 - | Excerpts of December 13, 2017 deposition of Melvin and certain exhibits thereto.  (LaMontagne Decl., ¶ 36.) |
| Exhibit | 50 - | June 29, 2016 letter from LaMontagne to Pyle.  (LaMontagne Decl., ¶ 37.) |
| Exhibit | 51 - | September 20, 2015 R Consulting "Aircraft Insurance Application".  (Prahl Decl., ¶ 9.) |
| Exhibit | 52 - | January 1, 2007 "Management Agreement" between Phoenix Aviation Managers, Inc. ("PAM"), and ORA, with certain redactions.  (Gordon Murray III declaration ("Murray Decl."), ¶ 4.) |

| Exhibit | 53 - | March 28, 2005 "Account Current Agreement" between Avsurance and PAM, with certain redactions. (Murray Decl., ¶ 5.) |
|---|---|---|
| Exhibit | 54 - | January 4, 2008 "Pleasure & Business Aircraft Program" agreement between Avsurance and PAM. (Murray Decl., ¶ 6.) |
| Exhibit | 55 - | Aircraft insurance binder for 14/15 Policy. (Melvin Decl., ¶ 18.) |
| Exhibit | 56 - | September 23, 2014 email exchange between Melvin to Winkelhaus. (Melvin Decl., ¶ 19.) |
| Exhibit | 57 - | August 31, 2015 email exchange between Corey Becker ("Becker") and Underwood. (Prahl Decl., ¶ 9.) |
| Exhibit | 58 - | September 28, 2015 email from Becker to Prahl, along with trailing emails. (Prahl Decl., ¶ 9.) |
| Exhibit | 59 - | September 28, 2015 email from Coleman to Becker, along with trailing emails. (Prahl Decl., ¶ 9.) |
| Exhibit | 60 - | July 3, 2014 Aircraft Dry Lease between R Consulting, on one hand, and Info Tech Corporation and Andy Kim, on other hand. (Prahl Decl., ¶ 16.) |
| Exhibit | 61 - | October 5, 2015 email from Gary Czajkowski to Ricotta, along with trailing emails. (Sychak Decl., ¶ 5.) |
| Exhibit | 62 - | December 16, 2015 email from Michel to Sychak, including attachment. (Sychak Decl., ¶ 5.) |
| Exhibit | 63 - | May 6, 2016 ORA claim note entered by Sychak. (Sychak Decl., ¶ 5.) |
| Exhibit | 64 - | April 19, 2016 email from Sychak to Scott Weigman, along with trailing emails. (Sychak Decl., ¶ 5.) |
| Exhibit | 65 - | September 22, 2015 email from Coleman to Winkelhaus. |

| | | |
|---|---|---|
| | | (LaMontagne Decl., ¶ 38.) |
| Exhibit | 66 - | September 28, 2015 email from Coleman to Ricotta, along with trailing email.  (LaMontagne Decl., ¶ 39.) |
| Exhibit | 67 - | December 3, 2015 email from Bland to Mason, along with trailing email.  (LaMontagne Decl., ¶ 40.) |

Dated:  June 15, 2018                                   Respectfully submitted,

                                                                              LaMONTAGNE & AMADOR LLP

                                                                   By:  /s/   *Ralph S. LaMontagne, Jr.*
                                                                          Ralph S. LaMontagne, Jr.
                                                                           Eric A. Amador
                                                                           Thomas T. Carpenter
                                                       Attorneys for Defendant
                                                       OLD REPUBLIC INSURANCE COMPANY

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2018, I electronically transmitted Defendant, Old Republic Insurance Company's NOTICE OF LODGMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Michael J. Mason, Esq.<br>Metsch & Mason, LLP<br>5060 N. Harbor Drive, Suite 275<br>San Diego, CA  92106<br>Email: *mmason@metschlaw.com*<br><br>Attorneys for Plaintiff<br>R CONSULTING & SALES, INC. | Tel: 619-230-0897 |

                                         */s/  Ralph S. LaMontagne, Jr.*
                                         Ralph S. LaMontagne, Jr.