# EXHIBIT 12

**Winkelhaus, Kathleen**

| | |
|---|---|
| **From:** | Coleman, James D. |
| **Sent:** | Thursday, September 19, 2013 10:36 AM |
| **To:** | Jennifer Melvin |
| **Cc:** | Winkelhaus, Kathleen |
| **Subject:** | RE: R Consulting and Sales Firm |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Cooooooooooooooooooooooooooooooooooooooooorect!



**From:** Jennifer Melvin [mailto:jmelvin@pamav.com]
**Sent:** Thursday, September 19, 2013 10:34 AM
**To:** Coleman, James D.
**Subject:** RE: R Consulting and Sales Firm

Hi Jim,

I'm guessing ELP? Not a problem.

Jen Melvin
Underwriter
678-264-0547
**PHOENIX AVIATION MANAGERS, INC.**

11

AVSUR0000029

Exhibit 12, page 1

Phoenix Aviation Managers is a paperless company. We request that all communications to our attention be in electronic format. In those instances when it is necessary to provide a paper/ hard copy document, they should be directed to our Chicago branch office located at Phoenix Aviation Managers Inc. 215 Shuman Blvd Suite 208 Naperville, IL 60563, unless otherwise instructed. Thank you for your cooperation.

**From:** Coleman, James D. [mailto:jcoleman@avfuel.com]
**Sent:** Thursday, September 19, 2013 9:12 AM
**To:** Jennifer Melvin
**Cc:** Winkelhaus, Kathleen
**Subject:** RE: R Consulting and Sales Firm

Hi Jen,

I thought I mentioned it, but maybe I did not...The aircraft is no longer based in San Diego. It is based at Atlantic Aviation in El Paso, TX.

**From:** Jennifer Melvin [mailto:jmelvin@pamav.com]
**Sent:** Tuesday, September 17, 2013 7:16 PM
**To:** Coleman, James D.
**Subject:** R Consulting and Sales Firm

Hi Jim,

Thanks for doing so much legwork on this one for me!

Just to confirm the series of emails and phone calls...

- Airframe TT is 9,400 hours
- All pilots have attended Simcom in the MM aircraft in the past 12 months
- While there are several vacation flights a year to Mexico, their operations are predominantly domestic
- Roberto Hernandez is a contract pilot they may use from time to time. **We will not add him as a named pilot until we receive a completed and signed PHF and training information**
- We still need a signature on Brian Good's PHF and copies of their training certs within 30 days of binding
- We're assuming G-1159 hours shown for Ricotta and Good are in the MM (G-1159**A** or GIII)

Phoenix Aviation Managers, Inc. is pleased to offer the attached quote. Please contact us if you have any questions. Note:

1. WAR Hull and WAR Liability are optional.
2. TRIA Hull and TRIA Liability are optional.
3. Quote is based on no losses from date quoted until date bound.
4. Phoenix Aviation Managers require an updated application, if the application for the insurance we have on file is older than 5 years.
5. When requesting Additional Insured addition to the policy please provide the reason for additional insured status and the lowest limit of liability they require. On policies with limits above $1,000,000 CSL it is Phoenix Aviation Managers practice to not represent the full limit of liability without a specific request or need. If a certificate of insurance is required an address must be provided.
6. Please advise if you would like to bind a Mexican Policy for $250 additional for each aircraft. No commission is paid on Mexican Policies.

Best,

12

AVSUR0000030

Exhibit 12, page 2

**Jen Melvin**
Underwriter
Direct: 678-264-0547
Main: 630-369-1076
Fax: 630-369-1221
jmelvin@pamav.com



PHOENIX AVIATION
MANAGERS, INC.

Phoenix Aviation Managers is a paperless company. We request that all communications to our attention be in electronic format. In those instances when it is necessary to provide a paper/ hard copy document, they should be directed to our Chicago branch office located at Phoenix Aviation Managers Inc. 215 Shuman Blvd Suite 208 Naperville, IL 60563, unless otherwise instructed. Thank you for your cooperation.



Global Supplier of Aviation Fuel and Services          jcoleman@avfuel.com

If this email message is serving as an order for purchasing goods or services, Avfuel Corporation hereby incorporates the requirements of 41 C.F.R §§ 60-1.4(A)(7), 60-250.5 AND/OR 60-300.5, 60-741.5, EO 13496 and C.F.R. Part 471, Appendix A to Subpart A, if applicable.

13

AVSUR0000031

Exhibit 12, page 3

# EXHIBIT 13



# OLD REPUBLIC AEROSPACE

## CERTIFIED COPY OF POLICIES

I, Michael Prahl Senior Vice President/Chicago Branch Manager hereby certify that the attached are complete and accurate copies of policies issued to R Consulting and Sales, Inc.:

# CA 00246201  September 30, 2013 to September 30, 2014

# Policy Number  Policy Start to Policy End

# Policy Number  Policy Start to Policy End

Michael Prahl
**Underwriter Name**

**Signature**

06/08/2018
**Date**

**OLD REPUBLIC INSURANCE GROUP**



Corporate Aircraft Policy



PHOENIX AVIATION MANAGERS, INC.

CERTIFIED COPY

**Issuing and Policyholder Servicing Offices:**

**Phoenix Aviation Managers, Inc. (Corporate Office)**
1990 Vaughn Road, Suite 350
Kennesaw, Georgia 30144
Phone: (770) 590-4950
Fax: (770) 590-0599

**Phoenix Aviation Managers, Inc.**
15660 North Dallas Parkway, Suite 400
Dallas, Texas 75248
Phone: (972) 991-7223
Fax: (972) 490-7069

**Phoenix Aviation Managers, Inc.**
215 Shuman Blvd., Suite 208
Naperville, Illinois 60563
Phone: (630) 369-1076
Fax: (630) 369-1221

**Phoenix Aviation Managers, Inc.**
199 Water Street, 30th Floor
New York, New York 10038
Phone: (212) 607-2624
Fax: (212) 607-2614

**Phoenix Aviation Managers, Inc.**
555 S. Renton Village Place, Suite 550
Renton, Washington 98057
Phone: (425) 277-7407
Fax: (425) 277-0112

CERTIFIED COPY

---

# IMPORTANT NOTICE

---

To obtain information or make a complaint:

You may call Old Republic Insurance Company's toll-free telephone number for information or to make a complaint at:

1-800-766-5673

or, you may write to Old Republic Insurance Company at:

Old Republic Insurance Company
133 Oakland Avenue
P.O. Box 789
Greensburg, PA  15601

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

1-800-252-3439

You may write or contact the Texas Department of Insurance at:

Texas Department of Insurance
P.O. Box 149104
Austin, TX  78714-9104

Fax: 512-475-1771

Web: http://www.tdi.state.tx.us

Email: Consumer Protection@tdi.texas.gov

PREMIUM OR CLAIM DISPUTES

Should you have a dispute concerning your premium or about a claim you should contact your agent first, then Old Republic Insurance Company.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

ATTACH THIS NOTICE TO YOUR POLICY

This notice is for information only and does not become a part or condition of the attached document.

Date Issued:   10/01/2013

TXCOM (09-13)

Exhibit 13, page 4

CERTIFIED COPY

# OLD REPUBLIC INSURANCE COMPANY
## CORPORATE AIRCRAFT
## COVERAGE DATA PAGE

POLICY NUMBER  CA  00246201     RENEWAL OF: NEW

NAMED INSURED:  R CONSULTING AND SALES, INC.
         POST OFFICE BOX 2840
         SAN MARCOS, CA 92079-2840

POLICY PERIOD:   SEPTEMBER 30, 2013  TO  SEPTEMBER 30, 2014
         12:01 A.M. STANDARD TIME AT THE ADDRESS OF NAMED INSURED

For each insured aircraft, we will provide the coverages for which a 'Premium' is shown.

## LIABILITY COVERAGE

|  | | LIMITS OF LIABILITY | | |
|---|---|---|---|---|
| | | EACH PERSON | EACH OCCURRENCE | LIABILITY PREMIUM |
| **FAA#** | | | | |
| N388LR  Home Airport -  ELP | | | | |
| Single Limit Bodily Injury, Including Passengers, and Property Damage | | | $ 10,000,000 | $   4,202 |
| Medical Coverage | | $   10,000 | $     140,000 | Included |
| Voluntary Payments for Bodily Injury, Including Crew | | $  250,000 | $   3,500,000 | Included |
| War Liability | | | $ 10,000,000 | $     420 |
| Terrorism(TRIA) | | | $ 10,000,000 | Included |
| | | | LIABILITY TOTAL: | $   4,622 |

## PHYSICAL DAMAGE COVERAGE

| | FAA# | YEAR  MAKE  AND MODEL | TYPE | SEATS CREW  PASS | | INSURED VALUE |
|---|---|---|---|---|---|---|
| 1 . | N388LR | 1983  GULFSTREAM III | LAND | 2 | 12 | $ 1,300,000 |

| | NOT IN MOTION DEDUCTIBLE | IN MOTION DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| **FAA#** | | | |
| N388LR | | | |
| Comprehensive Physical Damage | $      0 | $      0 | $   6,630 |
| War Physical Damage | $      0 | $      0 | $     390 |
| Terrorism (TRIA) | $      0 | $      0 | Included |
| | | PHYSICAL DAMAGE TOTAL: | $   7,020 |

POLICY PREMIUM:  $   11,642

LOSS PAYEE: Any loss under PHYSICAL DAMAGE COVERAGE is payable as interest may appear to the
     Named Insured and as listed below or amended.

When issued, your policy has the following:

| | | | | |
|---|---|---|---|---|
| CA500(07/12) | J1000(09/12) | TXCOM(11/11) | CA225(07/12) | CA280(08/11) |
| CA369(05/09) | CA421(08/11) | CTXGA(01/08) | XAPAM(01/08) | NR38B(08/11) |
| PDPAM(01/08) | TXPAM(06/10) | GFMEX(08/11) | | |

CA100 (01-12)

Exhibit 13, page 5

CERTIFIED COPY

# OLD REPUBLIC INSURANCE COMPANY
## CORPORATE AIRCRAFT
## COVERAGE DATA PAGE

POLICY NUMBER      CA   00246201


PRODUCER:    AVSURANCE CORPORATION
             POST OFFICE BOX 1387
             ANN ARBOR, MI 48108

CA100 (01-12)

Exhibit 13, page 6

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

**AIRCRAFT POLICY TABLE OF CONTENTS**

| | | |
|---|---|---|
| Part 1: | Your aircraft | 1 |
| **Your Policy and Coverages** | Purpose of flight | 1 |
| | Who can fly your aircraft | 1 |
| | When your aircraft is in flight | 1 |
| | Where you can fly your aircraft | 2 |
| Part 2: | Comprehensive Physical Damage Coverage | 3 |
| **Physical Damage Coverage** | Limited Physical Damage Coverage | 3 |
| | Losses Not Covered | 3 |
| | Payments under Physical Damage Coverage | 5 |
| | Extra Expense Coverage | 6 |
| | Amount of Insurance after a Loss | 7 |
| | Appraisal | 7 |
| Part 3: | Who Is Covered | 8 |
| **Liability Coverage** | Who Is Not Covered | 8 |
| | What We Will Pay | 8 |
| | Bodily Injury and Property Damage | 8 |
| | Voluntary Payments for Bodily Injury | 9 |
| | Additional Liability Coverage | 11 |
| | Emergency and first aid costs | 11 |
| | Search and rescue | 11 |
| | Defending suits | 11 |
| | Loss of salary | 11 |
| | Payments for bonds | 11 |
| | Financial responsibility laws | 11 |
| | Liability Losses Not Covered | 11 |
| Part 4: | What We Will Pay | 14 |
| **Medical Coverage** | | |
| Part 5: | Use of Substitute Aircraft | 15 |
| **Substitute, Other and** | Use of Other Aircraft | 15 |
| **Newly Acquired Aircraft** | Newly Acquired Aircraft | 16 |
| Part 6: | Airworthiness Certificate | 17 |
| **General Provisions** | Increased Value of Your Aircraft | 17 |
| | Other Insurance | 17 |
| | Navy and Air Force Provisions | 17 |

CA500 (07-12)

CERTIFIED COPY

## TABLE OF CONTENTS CONTINUED

| | | |
|---|---|---|
| | Transfer of Legal Rights | 18 |
| | Inspection and Audit | 18 |
| | Actions Against the Company | 18 |
| | Recovering Damages from Other People | 18 |
| | Voiding the Policy | 18 |
| | Changes | 19 |
| | Applicable Law | 19 |
| | Cancellation | 19 |
| **Part 7:** | Physical Damage to Aircraft | 20 |
| **What to do in Case** | Liability Claim or Suit | 20 |
| **of an Accident or Suit** | | |
| **Part 8:** | | 21 |
| **Glossary** | | |

CA500 (07-12)

CERTIFIED COPY

## PART 1.  YOUR POLICY AND COVERAGES

This is your Aircraft Policy.  It is designed to meet a variety of your business and personal aircraft insurance needs.

A number of different coverages are available under this policy. Some protect you against physical damage or loss to your aircraft.  Others offer you protection against claims for property damage or bodily injury to someone else. The different available coverages are described in the text of the policy.

The phrase "on the Coverage Data Page" means the page titled "Coverage Data Page" and also includes any amendment added to this policy.

You have only those coverages for which a premium is shown on the Coverage Data Page.

For your convenience, your policy has been designed to help you locate information quickly and easily. It has also been written in clear, readable English to help you understand the coverage.

Throughout this policy, the words "you" and "your" mean the person, persons or organization named in the Named Insured section on the Coverage Data Page.  "We", "us", and "our" mean the insurance company named on the Coverage Data Page. Some of the terms appearing in this policy have a specific meaning and are defined for you in the **Glossary** located on page 21.

### Your aircraft.

When we refer to "your aircraft" in this policy we mean your airplane or helicopter described on the Coverage Data Page, including the following:

- the radio, navigation, and operational equipment usually attached;
- any temporarily detached parts even if they have been replaced by similar parts. This coverage shall be excess insurance over any other valid and collectible insurance available to you;
- any repair equipment or tools that are standard by the manufacturer for your aircraft and that are located in your aircraft.

You must own your aircraft solely or in part or you must hold it under a written lease of at least one year.

### Purpose of flight.

Your aircraft must be used either for personal and family use or for business, including the transportation of executives, employees, customers, and guests. However, you cannot profit from your aircraft by charging others for its use, although you can accept payment to cover your direct aircraft operating expenses such as fuel and oil. If your aircraft is used for any other purpose, and you or anyone else protected by this policy knows about this use and agrees to it, we will not provide any coverage under this policy.

### Who can fly your aircraft.

When your aircraft is in flight, your aircraft must be operated by the pilot or pilots named in the Pilot Qualification Amendment attached to this policy, or who meet the minimum qualifications described in that amendment; otherwise, there is no coverage.

While your aircraft is being held for repair, storage, maintenance, or servicing by an FAA approved repair facility for the purpose of maintenance or repair, the Pilot Qualification Amendment will not apply, provided you do nothing that would affect the Recovering Damages From Other People section of your policy.

### When your aircraft is in flight.

A fixed wing airplane is in flight from the time it enters the runway to start its takeoff run until the time it completes its landing run and exits the runway. A helicopter is in flight from the time the rotors start to revolve under power for the purpose of flight until they stop revolving.

CA500 (07-12)

CERTIFIED COPY

**Where you can fly your aircraft.**

You are covered during the policy period while your aircraft is within the following territorial limits: within the United States of America, its territories or possessions, Puerto Rico, Canada, Mexico, or the Bahama Islands. You are also covered while traveling between these points.

You are covered if your aircraft flies outside the policy territory only if the deviation results from:

• a navigational error, or

• necessary pilot action that could not reasonably have been avoided.

CA500 (07-12)

CERTIFIED COPY

## PART 2.  PHYSICAL DAMAGE COVERAGE

This part describes the two kinds of coverage that are available to protect you against direct and accidental physical damage or loss to your aircraft. The two kinds of coverage are Comprehensive Physical Damage Coverage and Limited Physical Damage Coverage.

**The type of coverage you have is shown on the Coverage Data Page.**

### Comprehensive Physical Damage Coverage

If you have this kind of coverage, you are protected if your aircraft suffers any kind of direct and accidental physical damage or loss. You are also protected if your aircraft is stolen or if it disappears after takeoff and is not found or heard from within 60 days. However, you are not protected against those losses described in the **Losses Not Covered** section below.

### Limited Physical Damage Coverage

If you have this kind of coverage, you are protected if your aircraft suffers any kind of direct and accidental physical damage or loss, or is stolen, while it is not in motion.

You are not protected against those losses described in the **Losses Not Covered** section below.

### Losses Not Covered

Whether you have Comprehensive or Limited Physical Damage Coverage, we will not cover the following:

**Loss of Use.** We will not cover any loss that results because your aircraft cannot be used.

**Consequential Loss of Value.**  We will not cover any residual depreciation in value or diminution in the value of your aircraft, either before or after repairs have been made.

**Personal effects.** We will not cover loss of clothing or other personal items including but not limited to, money, jewelry, legal papers, business documents, passports, or tickets.

**Wear and tear.** Unless the loss is the direct result of other physical damage covered by this policy, we will not cover:

• Loss or damage to your aircraft caused by and confined to freezing, deterioration, mechanical, hydraulic, pneumatic, structural, or electrical breakdown or failure.

• Loss or damage to electronic or electronically driven equipment caused by and confined to power surge, failure or malfunction.

• Corrosion or rust in any form.

However, if a collision is caused by wear and tear, and the collision is otherwise covered by this policy, we will cover the resulting damage, but we will not cover the part that has suffered wear and tear.

**Example:** An electrical surge is the result of a worn voltage regulator causing the landing gear to not operate.  The damages caused by the gear-up landing would be covered, but the repair of the voltage regulator and the electrical system would not be covered.

**Wear and tear to engines.** We will not cover the following types of damage to your aircraft's engines including auxiliary power units:

• damage caused by heat that results from the operation, attempted operation, or shutdown of the engine.

CA500 (07-12)

CERTIFIED COPY

- damage caused by the mechanical breakdown, failure, or malfunction of the engine, any part attached to the engine or any engine accessory, including any such loss or damage caused in whole or in part by a defective product or the negligent act or omission of any person or entity. Damage caused by the breakdown, failure or malfunction of any engine component or accessory or part will be considered mechanical breakdown of the entire engine and is not covered.

- damage caused by an object not part of the engine or its accessories, whether the damage results from ingestion of the object or not. If such damage results from a single incident and the engine requires immediate repairs in compliance with the manufacturer's requirements, the damage will not be considered wear and tear and coverage will apply, subject to the **in motion** deductible shown on the Coverage Data Page.

**Tires.** We will cover damage to tires if it is caused by fire, windstorm, theft, or vandalism, or if it occurs at the same time as another loss covered by this policy. Damage to tires from any other cause is not covered.

**War, Hijacking and other Perils.** We will not cover any physical damage claim that results from:

(a)   War, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, martial law, military or usurped power or attempts at usurpation of power;

(b)   Any hostile detonation of any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction, or radioactive force or matter;

(c)   Strikes, riots, civil commotions or labor disturbances;

(d)   Any act of one or more persons, whether or not agents of a sovereign power, for political or terrorist purposes and whether the loss or damage resulting therefrom is accidental or intentional;

(e)   Any malicious act or act of sabotage;

(f)   Confiscation, nationalization, seizure, restraint, detention, appropriation, requisition for title or use by or under the order of any government (whether civil, military or de facto) or public or local authority; or

(g)   Hijacking or any unlawful seizure or wrongful exercise of control of the aircraft or crew in flight (including any attempt at such seizure or control) made by any person or persons on board the aircraft acting without the consent of the Insured.

Furthermore, we will not cover any loss whatsoever while your aircraft is outside your control under any of the above conditions. Your aircraft will be considered back in your control when it has been safely returned to you at an airfield which is entirely suitable for the operation of the aircraft and which is within the territorial limits covered by this policy. Safe return shall also require that your aircraft is parked with all engines shut down and not under any restrictions.

**Date Recognition.**  This Policy does not cover any claim, damage, injury, loss, cost, expense or liability (whether in contract, tort, negligence, product liability, misrepresentation, fraud or otherwise) of any nature whatsoever arising from or occasioned by or in consequence of (whether directly or indirectly and whether wholly or partly):

1.   the failure or inability of any computer hardware, software, integrated circuit, chip or information technology equipment or system (whether in the possession of the Insured or of any third party) to accurately or completely process, exchange or transfer year, date or time data or information in connection with any change of year, date or time;

   whether on or before or after such change of year, date or time;

2.   any implemented or attempted change or modification of any computer hardware, software, integrated circuit, chip or information technology equipment or system (whether in the possession of the Insured or of any third party) in anticipation of or in response to any such change of year, date or time, or any advice given or services performed in connection with any such change or modification;

Exhibit 13, page 12

CERTIFIED COPY

3. any non-use or unavailability for use of any property or equipment of any kind whatsoever resulting from any act, failure to act or decision of the Insured or of any third party related to any such change of year, date or time;

and any provision in this Policy concerning any duty of Insurers to investigate or defend claims shall not apply to any claims so excluded.

**Sale or disposition.** If someone is legally holding your aircraft, and later sells or disposes of your aircraft, or keeps you from using it, we will not cover your losses.

**Financial interest.** We will not cover damage or loss to your aircraft unless all financial interests anyone has in your aircraft are fully disclosed on the Coverage Data Page.

**Third parties.** Your Physical Damage Coverage is designed to protect you and any lienholder named on the Coverage Data Page. We will not make payment under this coverage to anyone else for direct or indirect losses suffered by someone legally using your aircraft or holding it for repair, storage, maintenance, or servicing.

## Payments under Physical Damage Coverage

In this section we describe the payments we will make if your aircraft suffers a total or partial loss, or if it is stolen.

**Coverage limit.** The coverage limit for Physical Damage Coverage is shown on the Coverage Data Page.  This amount is the most we will pay for loss or damage to your aircraft.

**Total loss.** Your aircraft is a total loss or constructive total loss if:

- it disappears after takeoff and is not found or heard from within 60 days; or

- it is stolen and not recovered within 60 days; or

- the cost to repair it, plus the amount determined by us to be the value of the salvage, is greater than or equal to your coverage Limit.

If your aircraft is a total loss or a constructive total loss, we will pay your coverage limit minus any deductible that applies.

**Partial loss – you make repairs.** If your aircraft is damaged but is not a total loss or constructive total loss, and you elect to repair your aircraft, we will pay you the following items, less any deductible that applies:

- the cost of required material and parts of similar kind and quality; or
- wages paid at the current straight-time rate, at the place of repair, plus 100% of this amount for supervision and any overhead.  We will not pay any overtime.

**Partial loss – someone else makes repairs.**  If your aircraft is damaged but is not a total loss or constructive total loss, and someone else makes repairs, we will pay for the net cost to you of repairing your aircraft with material and parts of a similar kind and quality, less any deductible that applies.  We will not pay any overtime charges.

Whether you or someone else makes repairs to your aircraft, we will reimburse for the cost to transport your aircraft by the least expensive means:

- the cost of transporting damaged parts from the site of the loss to the most practical place where they can be repaired;
- the cost of transporting replacement parts from the place nearest the site of the loss; or
- the cost of transporting the aircraft to the most practical place where it can be repaired and then back to the place of the loss or your home airport, whichever is closer.

Whether you or someone else makes repairs, the words "similar kind and quality" mean "similar kind and quality, less any allowance for physical deterioration and depreciation."  If the repair or replacement of damaged parts

CA500 (07-12)

CERTIFIED COPY

results in better than similar kind and quality, you must pay for any betterment.

**Theft.** If your aircraft is stolen and later found, we will pay the cost of the least expensive method to return it to the place from which it was stolen or its home airport, whichever is closer. We will do this after repairs or replacement, if required, whether or not your aircraft was damaged.

**Deductible.** The deductible is the amount of a covered loss that we subtract from any payment for loss that we make. There is no deductible for losses that are caused by fire, lightning, explosion, transportation, theft, robbery, or pilferage. However, if a deductible is shown on the Coverage Data Page, the deductible will apply if your aircraft is in a collision and loss or damage is caused by fire or explosion resulting from the collision.

You may have an in motion or a not in motion deductible shown on your Coverage Data Page. Each time your aircraft suffers a covered loss we will subtract the deductible amount and pay the rest of the covered loss up to the applicable coverage limit shown on the Coverage Data Page. If you have several aircraft covered under this policy, and two or more of them suffer a loss, the deductible will apply separately to each aircraft.

**When we will pay.** We will pay for a covered loss within 30 days after we reach an agreement with you, or a final court judgment is entered, or an appraisal award is filed with us. But you must comply with all terms of this policy before we pay.

**Return of unearned premium.** If your aircraft suffers a total loss or a constructive total loss, we will return the unearned part of your insurance premium. This is how we compute the unearned part of your premium:

1.  First, we calculate how much time there is between the date of the total loss and the day this policy expires.

2.  Then we figure out the percentage of your policy period that this time represents.

3.  Finally, we multiply this percentage by the amount of your premium. The result is the unearned premium we return to you.

    **Example:** Suppose your policy period is the twelve months running from January 1 through December 31, and your annual premium is $1,000. Your aircraft is totally destroyed on September 30. At the time of the total loss, you had 3 months, or 25%, of your policy period remaining. We would return 25% of your $1,000 premium, or $250.

**Recovered loss.** If any lost or stolen property is found before we pay for the loss, we have a right to return the property to you and pay for any damage to it.

**Salvage.** If your aircraft has suffered a total loss or a constructive total loss, and we have paid for your loss, we have the right to take possession of the wreckage and sell it for whatever salvage value we can get. We keep the salvage value, but you agree not to abandon the damaged property to us without our consent. Also, we will not be responsible for the wreckage unless we agree to assume the responsibility.

## Extra Expense Coverage

Extra Expense Coverage reimburses you for the cost of renting a similar substitute aircraft for a limited period, after your aircraft has suffered covered damage or loss. "Extra Expense" means that portion of the actual cost of leasing or renting a substitute aircraft, which exceeds the cost you would have incurred had you operated your own aircraft, which was damaged. A "substitute aircraft" means an aircraft of similar size, weight and performance.

**If you have Extra Expense Coverage, it will be shown on an Extended Coverage Amendment.**

**Payment for extra expense.** For each day that you rent a substitute aircraft, the most we will pay for extra expenses is the coverage limit for "each day" shown on the Extended Coverage Amendment. The most we will pay for all extra expenses you incur for each incident for loss to your aircraft is the "each loss" coverage limit shown on the Extended Coverage Amendment.

We will pay extra expenses for the period beginning on the eighth day after the loss or damage and ending not later than 60 days after the loss or damage.

Exhibit 13, page 14

CERTIFIED COPY

If the period necessary for repairs exceeds 10 days, this coverage shall reimburse you for the cost of renting a substitute engine(s) or part(s), including the cost of installation and removal, subject to the following limit: $50,000 each loss.

In order to collect under this coverage, you must submit duplicate invoices showing your costs within 90 days after the expense is incurred.

**Extra expense not covered.** Even if you have Extra Expense Coverage, we will not *cover* the following extra expenses for renting a substitute aircraft.

- We will not pay extra expenses if the work being performed on your aircraft was not made necessary by a covered loss.

- We will not pay storage charges, maintenance, or operating costs of a substitute aircraft. Nor will we pay any service fees or salaries you must pay for the use of the substitute aircraft.

- We will not pay extra expenses if a similar aircraft is available to you at no charge.

- We will not pay extra expenses if your aircraft suffers a total loss, and you have either acquired another aircraft to replace it, or we have given you a proof of loss for the coverage limit.

- We will not pay extra expenses after repairs on your aircraft have been completed.

## Amount of Insurance after a Loss

If your aircraft is damaged, we will reduce the amount of coverage on your aircraft by the amount of the loss. We will do this as of the date of the loss, whether or not the loss is covered by this policy. As repairs are completed, we will increase the amount of coverage by the value of these repairs until the original amount of coverage is restored or this policy expires.

**Example:** Suppose one wing, the fuselage and the landing gear are damaged in an accident. The amount of loss is $6,000. If your coverage limit is $50,000, we would reduce that amount by $6,000 to $44,000. If the wing is repaired and valued at $2,000, we would increase your coverage by this amount. Your coverage limit would now be $44,000 + $2,000 = $46,000. As the other repairs are completed the value of your coverage will increase until the $50,000 coverage limit is restored.

## Appraisal

If there is damage or loss to your aircraft and we cannot agree with you on the amount of the loss, we will use the following procedure to settle the disagreement:

1. Either you or we can request in writing that the dispute be submitted to arbitration within 60 days of the time we receive your proof of loss. Each side will then select an appraiser and notify the other of that choice within 20 days of the initial request for appraisal.

2. The appraisers will select an impartial umpire who is experienced in valuing aircraft, their equipment and parts. If they cannot agree on an umpire within 15 days, either you or we can ask that a qualified umpire be appointed by a judge of the state or province where the property is located.

3. The appraisers will assess the loss for each item and submit any differences to the umpire. Agreement by any two of these three will determine the amount of the loss.

4. You will pay your appraiser and we will pay ours. Each will share equally any other costs of the appraisal and the umpire.

CA500 (07-12)

CERTIFIED COPY

## PART 3.  LIABILITY COVERAGE

This part describes the Liability Coverage available for you by this policy. Liability Coverage will pay on your behalf claims that someone else files against you for bodily injury or property damage losses.

However, you must be legally responsible for the losses. Also, the losses must result from an occurrence that happens during the policy period and involves an aircraft that you own, maintain or use.

### Who Is Covered

Besides you, certain other people and organizations are covered for liability. They are:

- Any person who is a passenger with your permission;

- Any person or organization that uses or is legally responsible for your aircraft. But you must have given your permission for this use;

- Any of your employees who are performing work for you, regardless of the type of work.

If two or more people or organizations are covered by this policy, each one is covered separately. But the most we will pay for any one occurrence, no matter how many people are involved, is the coverage limit shown on the Coverage Data Page.

### Who Is Not Covered

There are certain people and organizations we will not cover.
They are:

- Any person or organization that manufactures or sells aircraft, aircraft engines or accessories, or that runs an aircraft repair shop, aerial applicating service, airport, hangar, aircraft sales agency, pilot training center, commercial flying or commuter air service or flying school, or any individual or organization providing pilot services or flight instruction, if the loss arises from these activities;

- Any officer, director, or employee who, while in the course of his or her work, injures or kills another employee, officer or director who works for the same employer;

- Any person or organization with respect to bodily injury to you, or if you are a partnership, to any partner thereof.

### What We Will Pay

This section describes the kinds of losses we will cover and the coverage limits that apply, provided you have Liability Coverage shown on the Coverage Data Page.

If you have two or more aircraft, your coverage limits apply separately to each aircraft.

### Bodily Injury and Property Damage Coverage

This coverage shall pay on your behalf liability claims that someone else files against you for bodily injury and property damage to someone else's property.  However, you must be legally responsible for the loss and the loss must result from an occurrence that happens during the policy period and involves an aircraft that you own, maintain or use.

**Single limit coverage.**  If you purchased bodily injury and property damage **without** "each passenger" coverage limits, then the single limit coverage for bodily injury and property damage is the amount indicated by the "each occurrence" limit shown on the Coverage Data Page.  This coverage limit is the most we will pay for all bodily injury and property damage losses that result from an occurrence regardless of the number of persons bringing a claim or

Exhibit 13, page 16

CERTIFIED COPY

the number of claims made against you.

**Example:** Suppose your single limit coverage for bodily injury and property damage is $1,000,000 and the Coverage Data Page does not indicate that your policy has an "each passenger" coverage limit. There is a covered liability claim made against you for $700,000 for bodily injury and $500,000 for property damage. Even though the total claim is $1,200,000 the most we will pay is your coverage limit of $1,000,000.

**Each Passenger Coverage limits**. If the Coverage Data Page shows a coverage limit for "each passenger", the most we will pay for bodily injury to any one passenger who is injured in an occurrence is the amount shown on the Coverage Data Page.  The "each occurrence" limit is the most we will pay for all bodily injury that results from an occurrence regardless of the number of persons bringing a claim or the number of claims made against you.

**Example**: Suppose you have an "each passenger" limit of $100,000 and an "each occurrence" limit of $500,000. There are six passengers injured in an occurrence and you are legally responsible for their injuries. The most we will pay for any one passenger's claim is $100,000 regardless of the number of claimants bringing a claim for the passenger's injuries or the number of claims made as a result of the injuries to the passenger. We will not pay more than a total of $100,000 for any one passenger or more than $500,000 for all of the liability claims arising from that occurrence.

**Airport premises accidents**. If you are legally responsible for bodily injury or property damage loss that results from your use or maintenance of the premises where you park or store your aircraft, we will pay on your behalf claims that someone else files against you for the loss. The loss must result from an occurrence that happens during the policy period. This coverage is part of and not in addition to the Coverage Limit.  However the total amount we will pay for all claims for bodily injury and property damage arising from one occurrence is the "each occurrence" amount indicated on the Coverage Data Page.  If you have more that one aircraft insured under this policy, the most we will pay is one "each occurrence" limit.

## Voluntary Payments for Bodily Injury

You may also choose to have coverage for Voluntary Payments for bodily injury. Voluntary Payments for Bodily Injury Coverage protects you for passengers who die, or who are disabled or dismembered, directly and solely as a result of bodily injury caused by an occurrence, involving your aircraft. If the body of a passenger is not found within a year of an occurrence, we will assume that the passenger has died.

You are also protected under this coverage against death or injury to passengers caused by unavoidable exposure to the elements as the result of an occurrence involving your aircraft.

Voluntary Payments for Bodily Injury Coverage applies whether or not you are legally responsible for the bodily injury to passengers caused by an occurrence.

**What we will pay.** If you request it, we will make Voluntary Payments for Bodily Injury up to these amounts, provided you have this type of coverage shown on the Coverage Data Page:

| | |
|---|---|
| For loss of life | The Benefit Amount |
| For loss of two or more body parts (a body part is a hand, foot or eye) | The Benefit Amount |
| For loss of one part (dismemberment) | One-Half the Benefit Amount |
| For permanent total disability | The Benefit Amount |
| For temporary total disability maximum weekly payment | Not more than $1,250. |

The Benefit Amount is shown on the Coverage Data Page.

**Dismemberment and death.** A passenger is dismembered if his or her hand or foot is severed at or above the wrist or ankle joint. Total and permanent loss of sight in one eye is also considered dismemberment.

If a passenger dies, or loses two or more body parts within one year from the date of the occurrence, we will pay the total Benefit Amount. If a passenger loses one body part, we will pay one-half the Benefit Amount. But we will deduct from these amounts any payment we have already made for total disability.

Exhibit 13, page 17

CERTIFIED COPY

**Temporary total disability.** A passenger has a temporary total disability if, as a result of injuries caused by an occurrence involving your aircraft, the passenger is unable to return for up to 12 months to any gainful occupation. Gainful occupation includes any work for which the injured passenger is reasonably suited by education or training.

If a passenger has a temporary total disability, we will pay the passenger a weekly amount to compensate for loss of salary or wages. The amount we will pay will be the lesser of:

• $1,250 a week; or

• 80% of the injured passenger's average weekly salary during the 12 months immediately before the injury, but not less than $250 a week.

**Example.** If the benefit amount is $150,000 we will pay $1,250 a week as long as this is not more than 80% of the injured passenger's average weekly salary in the 12 months before the injury.

We will begin making payments within 90 days after the claim is filed and will pay every fourth week. We have the right to request a doctor's certificate stating that the injured passenger is still disabled. We will continue these payments for not more than 52 weeks. No such payment will be made if we have paid a lump sum for dismemberment.

**Permanent total disability.** A passenger has permanent total disability if, as a result of injuries caused by an occurrence involving your aircraft, the passenger either:

• has suffered 12 continuous months of temporary total disability; or

• will never be able to return to any gainful occupation.  Gainful occupation includes any work for which the injured passenger is suited by education or training.

If a passenger has a permanent total disability we will pay the Benefit Amount less any payments we have made for dismemberment, or for the temporary total disability of the passenger.

**Offer of payment.** If we offer payment for death, dismemberment, or permanent total disability, the injured passenger, or his or her spouse, or representative must agree in writing to accept the offer within 90 days. If the offer is not accepted, we will no longer be responsible under the terms of Voluntary Payments Coverage for any claims against us, or you on behalf of that passenger.

**Overall payment limits.** For each passenger injured in an occurrence, the most we will pay is the Benefit Amount. The most we will pay for injuries received in any one occurrence is an amount equal to your Benefit Amount multiplied by the number of approved seats in your aircraft. **The number of approved seats includes or excludes your crew as shown on the Coverage Data Page.**

**Example 1:** Suppose your aircraft has eight approved seats and your Benefit Amount is $100,000 per seat. If the crew is included in your coverage, the most we will pay for injuries received in any one occurrence is 8 x $100,000 or $800,000. **Example 2:** Your aircraft has eight approved seats and your Benefit Amount is $100,000 per seat, if the crew is <u>not</u> included in your coverage and there is a pilot-in-command and a second-in-command, the most we will pay is 6 x $100,000 or $600,000

Any payments we make under the terms of your Voluntary Payments Coverage will reduce your Liability Coverage for bodily injury to passengers by the amount of this payment.

**Voluntary payments not covered.** There are certain voluntary payments we will not cover.

• We will not pay for bodily injury to any passenger caused directly or indirectly by declared or undeclared war or armed conflict.

• We will not cover suicide or attempted suicide by any passenger.

• We will not make any payment until the injured passenger, or his or her representative, releases you, in the manner agreed to, from all claims against loss. However, if the injured passenger is an employee of yours

CERTIFIED COPY

working for you, we will not require that passenger or his or her representative to release you from claims under any workers' compensation law. In any event, we will make temporary total disability payments for salary loss before any such release is made.

## Additional Liability Coverage

In addition to the Liability Coverage limits shown on the Coverage Data Page, this policy provides the additional coverage described in this section.

**Emergency and first aid costs.** We will pay up to $25,000 of what others charge you for labor, materials and equipment used for emergency fire fighting, crash control and rescue. This payment includes the cost of applying foam to the runway before an emergency or crash landing.

We will also pay the necessary first aid expense you incur if anyone covered by this policy is injured in an occurrence. But the first aid must be given within 24 hours of the occurrence.

**Search and rescue.** For each occurrence and for any one aircraft, we will pay up to $25,000 of expenses you incur in the search for, and rescue of, the passengers of a covered aircraft that is involved in an accident or has to make a forced landing away from an airport. The expenses we will pay are the normal operating costs of aircraft used in the operations, including the costs of returning rescued persons to the nearest place where hospitalization or public transportation is available. However, we will pay only those expenses you incur after rescue operations have been abandoned by any governmental authority that normally conducts such operations when requested.

**Defending suits.** If a suit is brought against you for bodily injury or property damage, we will pay to defend you even if the suit is groundless or false. We will also pay any interest that is owed on the amount of a judgment we are paying.

We will investigate and settle a loss in any way we think reasonable and appropriate. We will not pay a loss or defend a suit after we have paid the coverage limit.

**Loss of salary.** We may make a specific request that you assist us in connection with a loss or suit. If we do this, we will reimburse you for your actual loss of salary or wages and for reasonable costs you incur, but not for loss of other income.

**Example:** If you must take time off from your job as an aircraft designer, and lose part of your regular salary, we will reimburse you. But if you lose a commission because you are unavailable during the trial, we will not reimburse you.

**Payments for bonds.** We will pay premiums on appeal bonds and bonds to release any property and personal effects that are being held as security. But we will not pay more than the applicable coverage limit.

We will also pay up to $1,000 for each bail bond you need as a result of an occurrence or violation of a civil aviation rule involving your aircraft. But we have no obligation to apply for or furnish such bonds.

**Financial responsibility laws.** If your policy is certified as proof of insurance under any aircraft financial responsibility law, we will pay up to the minimum amounts required by such laws, even if we must pay more than your coverage limits under this policy. If we do, you agree to reimburse us for the amount we pay that is greater than what we would otherwise have paid under this policy.

## Liability Losses Not Covered

There are certain losses we will not cover.

**Property.** We will not cover damage to any property that you own, rent, control, transport, use or legally possess. But we will cover the personal effects of each passenger in any one occurrence for up to $5,000 and we will also pay up to $25,000 during the policy period for damage to hangars and their contents you do not own, but these coverage limits are part of the Liability Coverage limit shown on the Coverage Data Page, not in addition to this limit.

CA500 (07-12)

Page 11 of 21

CERTIFIED COPY

**Contracts.** If you sign an agreement that obligates you to assume any liability, we will not cover that liability unless:

- The government requires you to sign an agreement before you can use an airport; or

- You would have the liability whether or not you signed the agreement.

**Losses by employees, officers and directors.** We will not cover the following liability loss:

- Claims for bodily injury to any of your employees, company officers or directors if they died or were hurt in the course and scope of their work for you; or

- Claims for which you or any insurance company as your insurer are responsible under unemployment compensation, workers' compensation, disability benefits or other similar laws.

However, if you have purchased Voluntary Payments Coverage, as shown on your Coverage Data Page, we will make whatever payments are appropriate under that coverage. If you have this coverage, check to see what losses are covered in the **Voluntary Payments for Bodily Injury** section of your policy.

**Intentional injury.** We will not cover any liability claim for intentional injury or property damage that you cause, or that is caused at your direction. If a liability claim results from an attempt to prevent interference with the safe operation of your aircraft (for example, the prevention of a hijacking), we will cover any loss that arises in connection with the attempt.

**Professional services.** We will not cover any liability claim that results from the performance of any professional services, or the failure to render such services. Professional services include medical treatment by a doctor, nurse or other professional qualified to perform these services.

However, if you are liable for damages to a corpse carried in an aircraft covered under this policy, you will be covered under Liability Coverage for property damage, provided you have this coverage as shown on the Coverage Data Page.

**Noise and Pollution and other Losses.** We will not cover any liability claim that results directly or indirectly from:

(a) Noise (whether heard by the human ear or not), vibration, sonic boom or any unusual or abnormal event connected to any of these conditions;

(b) The actual, alleged or threatened discharge, dispersal, release or escape of pollutants, pollution or contamination of any kind or type whatsoever regardless of the reason or cause of the pollution or contamination, whether or not caused by or the result of an insured peril. This also includes any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants. Pollutants mean any solid, liquid, gaseous or thermal irritant or contaminant, including, but not limited to smoke, fuel, vapor, soot, fumes, mold, acids, asbestos, alkalis, chemicals and waste of any kind. Waste includes materials to be recycled, reconditioned or reclaimed;

(c) Electrical and electromagnetic interference; or

(d) Interference with the use of property;

unless caused by or resulting from an aircraft crash or fire, explosion or collision involving an aircraft covered by this policy or a recorded in-flight emergency causing abnormal aircraft operations.

**War, Hijacking and other Perils.** We will not cover any liability claim that results from:

a) War, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, martial law, military or usurped power or attempts at usurpation of power;

(b) Any hostile detonation of any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction, or radioactive force or matter;

(c) Strikes, riots, civil commotions or labor disturbances;

Exhibit 13, page 20

CERTIFIED COPY

(d)   Any act of one or more persons, whether or not agents of a sovereign power, for political or terrorist purposes and whether the loss or damage resulting therefrom is accidental or intentional;

(e)   Any malicious act or act of sabotage;

(f)   Confiscation, nationalization, seizure, restraint, detention, appropriation, requisition for title or use by or under the order of any government (whether civil, military or de facto) or public or local authority; or

(g)   Hijacking or any unlawful seizure or wrongful exercise of control of the aircraft or crew in flight (including any attempt at such seizure or control) made by any person or persons on board the aircraft acting without the consent of the Insured.

Furthermore, we will not cover any loss whatsoever while your aircraft is outside your control under any of the above conditions. Your aircraft will be considered back in your control when it has been safely returned to you at an airfield which is entirely suitable for the operation of the aircraft and which is within the territorial limits covered by this policy. Safe return shall also require that your aircraft is parked with all engines shut down and not under any restrictions.

**Date Recognition.** This Policy does not cover any claim, damage, injury, loss, cost, expense or liability (whether in contract, tort, negligence, product liability, misrepresentation, fraud or otherwise) of any nature whatsoever arising from or occasioned by or in consequence of (whether directly or indirectly and whether wholly or partly):

1.   the failure or inability of any computer hardware, software, integrated circuit, chip or information technology equipment or system (whether in the possession of the Insured or of any third party) to accurately or completely process, exchange or transfer year, date or time data or information in connection with any change of year, date or time;

     whether on or before or after such change of year, date or time;

2.   any implemented or attempted change or modification of any computer hardware, software, integrated circuit, chip or information technology equipment or system (whether in the possession of the Insured or of any third party) in anticipation of or in response to any such change of year, date or time, or any advice given or services performed in connection with any such change or modification;

3.   any non-use or unavailability for use of any property or equipment of any kind whatsoever resulting from any act, failure to act or decision of the Insured or of any third party related to any such change of year, date or time;

and any provision in this Policy concerning any duty of Insurers to investigate or defend claims shall not apply to any claims so excluded.

CERTIFIED COPY

## PART 4.  MEDICAL COVERAGE

This part describes the Medical Coverage available under this policy. Medical Coverage is designed to reimburse passengers for their medical expenses for bodily injury resulting from an occurrence. Payments under this coverage will be made no matter who is responsible for causing the occurrence.

**If you have Medical Coverage, it will be shown on the Coverage Data Page.**

## What We Will Pay

We will pay the kinds of medical expenses described below, up to the applicable coverage limit, provided that you have this type of coverage shown on the Coverage Data Page.

**Medical Expenses.** If passengers are injured in an occurrence, we will pay all the reasonable medical expenses they incur within a year of the occurrence. But we will pay these expenses only up to the applicable coverage limits. Reasonable medical expenses include:

• Fees for doctors, surgeons, and dentists;

• Costs for ambulance, x-ray and hospital services;

• Fees for professional nurses;

• Costs for prosthetic devices.

If a passenger dies within a year of the occurrence as a result of injuries suffered in the occurrence, we will pay reasonable funeral expenses to the passenger's surviving spouse, or to his or her estate.

**Coverage limits.** Your Medical Coverage has a limit for "each passenger" shown on the Coverage Data Page. This limit is the most we will pay for all medical and funeral expenses for each passenger in any one occurrence. If we make any payments, we will apply them against your Medical Coverage limit.

We have the right to pay the injured passenger directly or to pay the organization or person providing the medical service. But any payment we make will not be an admission of your legal responsibility for causing the occurrence.

**Proof of medical services.** Before we make any payments under your Medical Coverage, we require that the injured passenger, or someone representing him or her, give us a sworn written statement proving that medical services were received. The statement must reach us within 60 days after we request it and must include:

• The name and address of each person or organization providing the services;

• The dates the services were provided; and

• The amounts paid for the services.

Also, the statement must give us permission to obtain medical reports and copies of records.

We must receive proof of the services as soon as:

• The medical services are completed, or

• The cost of these services equals or exceeds the "each passenger" limit, or

• One year passes from the date of the occurrence.

CA500 (07-12)

Page 14 of 21

CERTIFIED COPY

## PART 5.  SUBSTITUTE, OTHER AND NEWLY ACQUIRED AIRCRAFT

This part describes the coverage you have for aircraft not described on the Coverage Data Page. For example, you may rent a substitute aircraft if yours is temporarily unavailable for use. Or you may use other aircraft even when your aircraft is available. Or you may acquire one or more additional aircraft.

The kind of coverage you have under these circumstances is described in this part.

### Use of Substitute Aircraft

If we insure all aircraft that you own or lease, we will extend your Liability and Medical Coverages to your use of a substitute aircraft if your aircraft is lost or destroyed, or if it is disabled or being repaired or serviced. But the following conditions will apply:

- The substitute aircraft must have a valid Standard Airworthiness Certificate issued by the U.S. Federal Aviation Administration or have an equivalent certificate issued by another government.

- The substitute aircraft cannot be owned or leased by you.

- If your aircraft, which was withdrawn from use, is a single-engine aircraft, the substitute aircraft must also be a single-engine. However, if your aircraft, which was withdrawn from use, is a multi-engine aircraft, the substitute aircraft may be either single-engine or multi-engine.

- The passenger seating capacity, excluding the crew seats of the substitute aircraft, cannot be more than twice that of your aircraft, which was withdrawn from use. For Voluntary Payments for Bodily Injury Coverage, the passenger seating capacity of the substitute aircraft cannot be greater than that of your aircraft, which was withdrawn from use.

- This policy does not cover the owner of the substitute aircraft or any of the owner's employees.

### Use of Other Aircraft

If we insure all aircraft that you own or lease, we will extend your Liability and Medical Coverages (but not your Voluntary Payments for Bodily Injury Coverage) if you are using other aircraft. If you are named on the Coverage Data Page as an individual, not as a partner or corporate officer, we will also extend this coverage to your spouse (if he or she lives in your household) and to you and your spouse if other aircraft are used on behalf of you or your spouse. But the following conditions will apply:

- The other aircraft must have a valid Standard Airworthiness Certificate issued by the U.S. Federal Aviation Administration or have an equivalent certificate issued by another government.

- The other aircraft cannot be owned or leased by you, your spouse or any other member of your household.

- The other aircraft cannot be a helicopter, unless your policy already covers a helicopter.

- If your aircraft described on the Coverage Data Page is a single-engine aircraft, the other aircraft must also be a single-engine. However, if your aircraft described on the Coverage Data Page is a multi-engine aircraft, the other aircraft may be either single-engine or multi-engine.

- The passenger seating capacity, including the crew seats of the other aircraft, cannot be more than twice that of your aircraft shown on the Coverage Data Page up to a limit of 40 seats.

- This policy does not cover the owner of the other aircraft or any of the owner's employees.

Exhibit 13, page 23

CERTIFIED COPY

## Newly Acquired Aircraft

If you buy or lease an aircraft and notify us within 30 days, we will automatically extend your coverage from the date you acquire the aircraft. But we will do this only if we cover all of the aircraft you own or lease.

We will cover a newly acquired helicopter only if you already have a helicopter covered under this policy. We will cover newly acquired multi-engine aircraft only if your policy already covers multi-engine aircraft.

The following coverages will apply:

- The Physical Damage Coverage limit shown on the Coverage Data Page shall be the price of the newly acquired aircraft.

- The Liability and Medical Coverage limits of your aircraft with the largest seating capacity shown on the Coverage Data Page. In return, you agree to pay us an additional premium for this increased coverage.

CA500 (07-12)

Page 16 of 21

CERTIFIED COPY

## PART 6.  GENERAL PROVISIONS

This part describes certain obligations you have under this policy and limitations on the use of your aircraft. It also explains our rights, and general provisions that apply throughout this policy.

### Airworthiness Certificate

Your aircraft must have an Airworthiness Certificate issued by the U.S. Federal Aviation Administration, or it must have an equivalent certificate issued by another government.  Your aircraft must also have been subjected to the appropriate airworthiness inspection(s) as required under current applicable Federal Aviation Regulations, or its foreign equivalent, for the operations involved.

### Increased Value of Your Aircraft

If you modify or add equipment to your aircraft, and the change does not affect the Standard Airworthiness Certificate issued by the U.S. Federal Aviation Administration, we will automatically increase your Physical Damage Coverage limit shown on the Coverage Data Page to reflect the value of the addition. You must notify us of the change to your aircraft within 30 days and agree to pay us an additional premium for the increased coverage.

This increased coverage, however, cannot be more than 25% of your Physical Damage Coverage limit.

### Other Insurance

The following rules apply to all losses covered by other policies. But the rules do not apply to losses covered under your Medical Coverage and Voluntary Payments for Bodily Injury Coverage. Also if you have two or more policies that cover the same loss and the policies are issued by companies named on the last page of this policy, we will pay up to the highest applicable coverage limit for a covered loss.

**For your aircraft.** The most we will pay for loss or damage to your aircraft if the loss is also covered by other insurance is computed this way:

1.   We will determine the percentage that this policy's coverage limit represents of the total valid and collectible insurance that is payable for the covered loss.

2.   We will then multiply your loss by this percentage. The result is the amount we will pay.

**Example:** Assume your coverage for bodily injury and property damage under this policy is $300,000. You also have another policy with a $200,000 coverage limit for these losses. The total of your coverage limits is $500,000. If there is a $100,000 liability claim against you and the claim is covered under this policy, we will pay 60% ($300,000/$500,000) of the claim, which is $60,000.

However, if you bought the other policy as excess insurance to apply only after your coverage limit on this policy has been exhausted, we will not use the other policy when we compute the amount we will pay after a loss.

**For substitute aircraft and other aircraft.** If your use of substitute aircraft or other aircraft results in bodily injury or property damage, we will not pay for the loss under this policy until all other valid and collectible insurance has been exhausted. But we will not pay for loss to the substitute or other aircraft itself.

### Navy and Air Force Provisions

If we issue a Certificate of Insurance as required by United States Navy OPNAV Form 3370 or United States Air Force Regulation 55-20, or any replacement of either of these, the insurance provisions either of these requires will be considered provisions of this policy. In cases where these provisions are not consistent with this policy, the Navy and Air Force provisions will become the basis of your coverage.

Exhibit 13, page 25

CERTIFIED COPY

## Transfer of Legal Rights

You agree not to transfer any legal rights you have in this policy without our prior written consent.

If we are notified in writing within 60 days of your death or from the time you are legally declared bankrupt, we will provide the following coverage:

- We will cover your legal representative against any damage or loss covered under this policy.

- We will cover any person who has temporary legal custody of your aircraft for up to 60 days after your death or after you are declared bankrupt. In any event, we will cover this person until a qualified legal representative is appointed.

## Inspection and Audit

You agree to let us inspect your property and operations at any reasonable time. These inspections are made for our benefit. You cannot use them as proof or as a guarantee by us that you comply with any safety, health, or legal regulation.

You also agree to let us examine the books and records you keep that concern the use, ownership, and maintenance of your aircraft. We can make these audits:

- Up to three years after the end of the policy period; or

- Until we settle all claims for losses.

## Actions Against the Company

You agree not to bring any suit or legal action against us to recover payment unless you have complied with the terms of this policy. Nor can you bring suit against us until the amount of a judgment against you has been finally settled. Any person, organization, or legal representative who obtained the final settlement is entitled to payment for service subject to the terms of this policy.

Neither you nor your legal representative will do anything that interferes with our right either to collect for damages caused by others or to defend you in any suit brought against you. Also nothing in this policy gives any person or organization the right to join us in defending a suit brought against you.

We will remain responsible under this policy even if you or your estate goes bankrupt or becomes insolvent.

## Recovering Damages from Other People

If we pay for a loss under this policy, and someone else is responsible for causing the loss or damage to your aircraft, you agree to transfer all your rights to recover from this other person to us and do whatever else is necessary to secure those rights. You agree to do nothing to prejudice or waive those rights.

But if, in order to protect your aircraft in a time of emergency, you agree in writing before the loss happens, to give up your right to recover from a third person who damages your aircraft, the Physical Damage Coverage shown on the Coverage Data Page will still apply.

## Voiding the Policy

This policy will be void if you do not fully and accurately disclose, whether before or after a loss, all the important information we have requested. This policy will also be voided if you lie under oath about anything that relates to this policy.

CA500 (07-12)

CERTIFIED COPY

## Changes

If you simply notify us or your agent about a change or waiver, this will not alter this policy. Nor will it prevent us from exercising our rights under this policy. You can, however, change or waive your coverage by having amendments added to this policy. Contact us or your agent for information about amendments.

## Applicable law

When necessary, we will amend the terms of this policy to comply with the law of the state or province where this policy is issued.

## Cancellation

Either you or we can cancel this policy at any time by giving the other party written notice. If we cancel, notice may be delivered to you or mailed to you at your mailing address shown on the Coverage Data Page. Proof of mailing of the notice or delivery of the notice will be proof that you were informed of the cancellation. We must mail notice to you at least 30 days before the effective date of the cancellation.

If the premium is not paid and we cancel this policy as a result, we must mail notice to you at least 10 days before the effective date of the cancellation.

A copy of any notice of cancellation will also be mailed to the lienholder, if any.

If we cancel this policy, the unused premium will be returned to you. The return will be on a pro-rata basis, which is computed this way:

1.  First we calculate how much time there is between the cancellation date and the day this policy expires.

2.  We then figure out the percentage of your policy period that this time represents.

3.  Finally, we multiply this percentage by the amount of your premium. The result is the unearned premium that we return to you.

If you cancel this policy, we will compute the unused premium on a pro-rata basis, less 10%.

We may pay the unearned premium at the time of cancellation or as soon as reasonably possible after the cancellation.  However, issuance of payment of the unearned premium will not affect the cancellation of this policy.

Exhibit 13, page 27

CERTIFIED COPY

## PART 7.  WHAT TO DO IN CASE OF AN ACCIDENT OR SUIT

### Physical Damage to Aircraft

If there is physical damage or loss to your aircraft follow these steps:

- Protect your aircraft, whether or not you think the loss is covered under this policy. Any further loss that results because you fail to protect your aircraft will not be covered under this policy.

- Notify us or your agent immediately. You must also notify the police immediately if there is any theft, robbery, or pilferage of your aircraft.

- Within 60 days after loss, send us sworn proof of loss including the following:

  - the time, place, and nature of the loss;

  - your interest in the damaged or lost property;

  - the interest anyone else has in the damaged or lost property; and

  - any other insurance you have on your aircraft.

**Recovery.** You also agree to cooperate with us in any legal action to recover your aircraft. We will reimburse you for all reasonable expenses you incur in recovering or saving your aircraft, provided the loss is covered under this policy. But we will not pay for any reward you offer without our consent.

**Proof.** If we ask, you agree to let us see any damaged property. You also agree to be questioned under oath by someone we choose, and to let us see all relevant records and invoices, or copies of these if the originals are lost.

### Liability Claim or Suit

In the event of an occurrence, or a claim or a suit filed against you, you agree to do the following:

- Take reasonable steps to prevent other bodily injury or property damage from arising out of the same or similar conditions. However, you must take the steps at your own expense unless we agree to pay for them.

- Notify us, or your agent, immediately. State the time, place, and circumstances of the occurrence, the name and address of anyone who is injured, and any available witnesses.

- Promptly send us any legal papers that you receive in connection with the suit.

**Examination and proof.**  The injured person or his or her representative will, at the earliest reasonable date, give us any available information about the occurrence and injuries, and will help us obtain medical reports or copies of these.  In the case of Medical Coverage, we have the right to examine the injured passenger at our own expense as often as is reasonable while we are making payments to that person. If there is a death that we cover under Voluntary Payments for Bodily Injury Coverage, we have the right to require an autopsy where the law allows us to do so.

**Settling claims.** You agree to help us with any settlement or suit. You agree, for example, to attend hearings and trials, obtain and give evidence, and help us get witnesses to testify. You also agree to help us collect payment in a reasonable manner from any person or organization that is liable for covered bodily injury or property damage.

Also, you agree that you will not make any payment of claims except for first-aid given within the first 24 hours following an occurrence, or whenever survivors of an occurrence are found. You also agree not to assume any legal responsibility or make any payments of any kind without our permission.  If you do, we may not reimburse you even if the loss or expense would have been covered by your policy.

CA500 (07-12)

Exhibit 13, page 28

CERTIFIED COPY

## PART 8. GLOSSARY

The glossary provides definitions of several key words that are used in this policy.

"Bodily injury" means physical injury to someone's body, death, disease and mental anguish.  Bodily injury also includes, but is not limited to grief and infliction of emotional distress, loss of consortium, loss of assistance, loss of services, loss of earnings, loss of support arising from, deriving from, related to or because of the bodily injury.

"Crew Member" means anyone employed to operate your aircraft and includes a pilot-in-command, co-pilot (second-in-command), flight engineer, or attendant who is on your aircraft serving in this role.

"In motion" means any time your aircraft is in flight, or the aircraft engines are operating or attempting to operate, or the aircraft is moving under its own power, or momentum from this power, on the ground. If your aircraft is a helicopter, "in motion" means any time the rotors are rotating or attempting to rotate.

"Named insured" means the person, persons, or organization named in the "Named Insured" section on the Coverage Data Coverage Page and is referred to throughout the policy as "you" and "your". If the "Named Insured" is a partnership, the term "Named Insured" will include any partner thereof.  If the "Named Insured" is a corporation, it will include any officer, director or "Employee" of the "Named Insured". If the "Named Insured" is a "Holding Company", the term "Named Insured" shall include any officer, director, "Employee", owner, stockholder or member of the corporation.

"Not in motion" means all circumstances not covered by in motion.

"Occurrence" means a sudden, unforeseen accident, or a series of accidents arising from that accident that must occur within the policy period and which results in bodily injury or property damage. All injury or damage resulting from the same conditions will be considered one occurrence.

"Passenger" means someone, including crew, who is either inside your aircraft or is entering or leaving your aircraft before or after a flight.

"Policy period" means the inclusive dates that this policy is in effect. These dates are shown on the Coverage Data Page.

"Property damage" means any physical damage to or destruction of tangible property, including the loss of use of the property.

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### PILOT QUALIFICATION AMENDMENT - TURBINE ENGINE, FIXED WING AIRCRAFT

Policy Number:  CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:   From: September 30, 2013   To: September 30, 2014

Effective Date of This Amendment: September 30, 2013   12:01 am Standard Time

### THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

#### HOW THIS AMENDMENT AFFECTS YOUR COVERAGE

This Amendment defines the pilot qualifications required and identifies the pilots who are approved to act as pilot-in-command and second-in-command of the aircraft listed below.

#### TYPE OF AIRCRAFT

The aircraft to which this Amendment applies is :

N388LR   Gulfstream III

#### QUALIFICATIONS

Your policy will be effective while your aircraft is in flight only if the following four conditions are met:

1. The aircraft must be operated in flight by a pilot-in-command and another pilot designated as second-in-command.

2. The pilot-in-command and the second-in-command must each maintain a valid pilot's certificate and ratings (category, class, and type) as required by the Federal Aviation Administration or its foreign equivalent.

3. The pilot-in-command and second-in-command must have successfully completed the aircraft manufacturer's approved ground and flight school or an equivalent school approved by the Company applicable to the insured aircraft no more than twelve (12)  months preceding the intended flight.

4. The pilot-in-command and the second-in-command must also either:

    a.   be named under  **Who Can Pilot the Aircraft**; or

    b.   meet the qualifications described below:

**Who Can Pilot the Aircraft**

<u>Pilot-In-Command</u>

Lance Ricotta
Brian Good
Daniel Kizziam

Exhibit 13, page 30

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### PILOT QUALIFICATION AMENDMENT - TURBINE ENGINE, FIXED WING AIRCRAFT

---

Second-In-Command

Lance Ricotta
Brian Good
Daniel Kizziam

**Pilots Not Named in This Amendment**

If the pilot-in-command and/or second-in-command is not named under **Who Can Pilot the Aircraft**, then the pilot-in-command and/or second-in-command must meet the following qualifications:

Pilot-In-Command. A pilot-in-command must:

    a. maintain an airline transport pilot certificate with a current instrument rating; and

    b. have logged:

        4,000 total flying hours as pilot-in-command; and
        3,000 hours in multi-engine aircraft as pilot-in-command; and
        2,000 hours in turbojet aircraft as pilot-in-command; and
         500 hours in Gulfstream III model aircraft as pilot-in-command.

Second-In-Command. A second-in-command must:

    a. maintain a commercial or more advanced pilot certificate, with current multi-engine and instrument rating; and

    b. have logged:

        3,000 total flying hours; and
        2,000 hours in multi-engine aircraft; and
         500 hours in turbojet aircraft; and
         100 hours in Gulfstream III model aircraft.

### ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

Date Issued:   09/30/2013

CA225 (07-12)

Page 2 Final

Exhibit 13, page 31

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

## INDUSTRIAL AID USE AMENDMENT

Policy Number: CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013     To: September 30, 2014

Effective Date of This Amendment: September 30, 2013   12:01 am Standard Time

**THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

It is agreed that your aircraft will be used for **Industrial Aid** purposes.

"**Industrial Aid**" means the pleasure and business use of your aircraft with the aircraft being flown by a professional pilot or professional flight crew employed or contracted for that purpose.  However, you cannot charge any person or organization for using your aircraft for anything other than reimbursement of the operating expenses of the aircraft.  If your aircraft is used for any other purpose, and you or anyone else protected by this policy knows about this use and agrees to it, we will not provide any coverage under the policy.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Date Issued:   09/30/2013

CA280 (08-11)

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

## FELLOW EMPLOYEE EXCLUSION DELETION AMENDMENT

Policy Number: CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013    To: September 30, 2014

Effective Date of This Amendment: September 30, 2013   12:01 am Standard Time

### THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

In return for this extended coverage, you must pay an additional premium of $ Included____ .

**Liability Coverage, Who Is Not Covered** is deleted and replaced by the following:

**Liability Coverage**

**Who Is Not Covered**

There are certain people and organizations we will not cover.  They are:

* Any person or organization that manufactures or sells aircraft, aircraft engines or accessories, or that runs an aircraft repair shop, aerial application service, airport, hangar, aircraft sales agency, pilot training center, commercial flying or commuter air service or flying school, or any individual or organization providing pilot services or flight instruction, if the loss arises from these activities;

* Any person or organization with respect to bodily injury to you, or if you are a partnership, to any partner thereof.

### ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

Date Issued:   09/30/2013

CA369 (05-09)

Page 1 of 1

Exhibit 13, page 33

CERTIFIED COPY

# OLD REPUBLIC INSURANCE COMPANY

## CORPORATE AVIATION COMPREHENSIVE COVERAGE AMENDMENT

Policy Number: CA 00246201        Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013    To: September 30, 2014

Effective Date of This Amendment: September 30, 2013   12:01 am Standard Time

**THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

In return for these additional coverages, you must pay an additional premium of $ _Included_ .

## YOUR POLICY AND COVERAGES

You, meaning the person, persons or organization named on the **Coverage Data Page** is extended to include:

1.  your wholly owned subsidiaries, including their subsidiaries; and
2.  any other company that you control or actively manage.

The **Where You Can Fly Your Aircraft** section is extended to include coverage while your aircraft is anywhere in the world except any country or jurisdiction while any embargo, trade sanction or similar regulation imposed by the United States of America applies to, and prohibits the transaction of business with or within, that country or jurisdiction.

## PHYSICAL DAMAGE COVERAGE

The **Comprehensive Physical Damage Coverage** section of **Physical Damage Coverage** is extended to include coverage for physical loss or damage to any spare engine or parts owned by you and intended for your aircraft.  The limit of our liability under this coverage is $ _1,000,000_ , and all terms and conditions under **Physical Damage Coverage** shall apply.  **Extra Expense Coverage** (as described in **Physical Damage Coverage** of your policy) is added to your policy subject to the following limits:

$ _5,000_ each day

$ _300,000_ each loss

We will pay extra expenses for the period beginning on the day after the loss or damage and ending not later than _60_ days after the loss or damage.  If the period necessary for repair exceeds _5_ days, this coverage shall also reimburse you for the cost of renting a substitute engine(s) or part(s), including the associated cost of installation and removal, subject to the following limit:

$ _100,000_ each loss

**Newly Acquired Aircraft** as stated in the **Substitute, Other and Newly Acquired Aircraft** section of your **Corporate Aircraft Policy** is deleted and replaced by the following:

If you buy or lease an aircraft and notify us within 30 days, we will automatically extend your coverage from the date you acquire the aircraft.  But we will do this only if we cover all of the aircraft you own or lease.

We will cover a newly acquired helicopter only if you already have a helicopter covered under this policy.

We will cover a newly acquired multi-engine aircraft only if your policy already covers multi-engine aircraft.

CA421 (08-11)

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### CORPORATE AVIATION COMPREHENSIVE COVERAGE AMENDMENT

The following coverage will apply:

1.  The **Physical Damage Coverage Limit** for **Newly Acquired Aircraft** is the lesser of the purchase price of the **Newly Acquired Aircraft** or _125_ % of the highest **Physical Damage Coverage Limit** shown on the **Coverage Data Page**.

    Irrespective of the coverage limits extended above, the maximum **Physical Damage Coverage Limit** automatically provided for any **Newly Acquired Aircraft** shall not exceed $ _1,625,000_ .

    The **Physical Damage Coverage** for Newly Acquired Aircraft provided by this amendment will be subject to the same deductibles provided for the highest value aircraft insured under this policy.

2.  The **Liability and Medical Coverage** limits of your aircraft with the largest seating capacity shown on the shown on the **Coverage Data Page** shall apply to the Newly Acquired Aircraft. In return, you agree to pay an additional premium for the increased coverage.

The **Increased Value of Your Aircraft** coverage section found in the **General Provisions** of your policy is deleted and replaced by the following:

If you modify or add equipment to your aircraft, and the change does not affect the Airworthiness Certificate issued by the Federal Aviation Administration (FAA), we will automatically increase your **Physical Damage Coverage Limit** shown on the **Coverage Data Page** to reflect the value of the addition. You must notify us of the change to your aircraft within 30 days and agree to pay us an additional premium for the increased coverage.

The maximum automatic increase in insured value provided under this policy will be the lesser of _50_ % of your **Physical Damage Coverage Limit** or $ _650,000_ .

## LIABILITY COVERAGE

Coverage for **Use of Mobile Equipment** is added as follows:

**Liability Coverage** as shown on the **Coverage Data Page** is extended to include coverage for your use of mobile equipment which you own or lease under a written agreement and only while it is on airport premises you own, maintain or use to park or store your aircraft. "**Mobile Equipment**" means a land vehicle (including machinery and/or apparatus attached to it), whether or not it's self-propelled, used exclusively for the maintenance or handling of aircraft and provided it is:

1.  not subject to motor vehicle registration, and

2.  designed for use principally off public roads, and

3.  used exclusively on airport premises owned by or rented to you, including roadways immediately adjoining.

Coverage for **Mechanic's Tools** is added as follows:

This insurance is extended to cover tools owned by your employee mechanics against direct and accidental physical loss or damage from external causes while the tools are in your care, custody and control.

We will not be liable for more than the actual cash value of any insured tool, but in no event will we be liable for more than $ _25,000_ each employee, $ _25,000_ each occurrence

Exhibit 13, page 35

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### CORPORATE AVIATION COMPREHENSIVE COVERAGE AMENDMENT

subject; however, to a deductible of $ __500__ each employee, $ __500__ each **occurrence**.

This coverage does not apply to liability arising from loss or damage caused by or resulting from:

1. wear and tear, deterioration, rust or inherent vice;
2. delay, depreciation or loss of use;
3. mechanical, electrical, hydraulic, pneumatic or structural breakdown or failure;
4. artificial electric current;
5. extremes of temperature and humidity;
6. mysterious disappearance or loss or shortage disclosed upon taking inventory;
7. infidelity or dishonesty of the Insured or anyone in the service of the Insured;
8. wrong taking or secretion by any person or organization;
9. failure to save and protect covered property from further loss or harm after an **occurrence** to which this Amendment applies.

Coverage for **Fire Legal Liability-Real Property** is added as follows:

Your coverage for **bodily injury** and **property damage** is amended to include **property damage** to structures or portions thereof rented to or leased by you, including permanently attached fixtures, if such **property damage** arises out of fire resulting from your aviation operations during the **policy period**. It is further agreed that:

1. The **Property** section shown under **Liability Losses Not Covered** on Page 11 of your Corporate Aircraft Policy does not apply to damage by fire to premises rented, leased or occupied by you.
2. The limit of **property damage** liability as respects this **Fire Legal Liability Coverage-Real Property** is $ __100,000__ each occurrence.
3. The **Fire Legal Liability Coverage-Real Property** shall be excess over any valid and collectible property insurance (including any deductible portion thereof) available to you, such as, but not limited to, Fire, Extended Coverage, Builder's Risk Coverage or Installation Risk Coverage, and the Other Insurance Provision of the Corporate Aircraft Policy is amended accordingly.

This coverage limit is part of and not in addition to the **Liability Coverage** limit stated on the **Coverage Data Page.**

Coverage for **On Airport Premises Automobile Liability** is added as follows:

Your coverage for **bodily injury** and **property damage** for **airport premises** accidents stated on page 9 of your Corporate Aircraft Policy is amended to include coverage for your ownership, maintenance or use of automobiles, but only while on an **airport premises.**

We won't cover any claim or loss arising out of an **occurrence** that happens while the automobile is off an **airport premises** or while on any public road or highway.

The coverage provided by this Amendment is excess insurance. If you have other insurance covering a loss that is also covered by this Amendment, we will pay claims only when all other valid and collectible insurance covering the loss has been exhausted.

CA421 (08-11)

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### CORPORATE AVIATION COMPREHENSIVE COVERAGE AMENDMENT

The limit of liability under this coverage is $ 10,000,000 , which is part of and not in addition to the **Limit of Liability** stated on the **Coverage Data Page**.

For the purpose of this Amendment the term **"airport premises"** means an airport designated by the Federal Aviation Administration as an airport.

Coverage for **Garagekeepers Operations** is added as follows:

Your coverage for **bodily injury and property damage** for airport premises accidents stated on page 9 of your Corporate Aircraft Policy is extended to include coverage for damage to non-owned automobiles in your care, custody or control while on the airport premises.

We won't cover any claim or loss:

1. due to theft or conversion by any insured;

2. to any auto owned by, leased to, rented to or loaned to any insured;

3. to personal effects or merchandise; or

4. due to your liability under any agreement to be responsible for loss

The **limit of liability** under this coverage is $ 100,000 any one automobile, $ 1,000,000 each **occurrence**, which is part of and not in addition to the **Limit of Liability** stated on the **Coverage Data Page**.

Coverage for **Ground Hangarkeeper's Liability** is added as follows:

We will pay on your behalf claims that someone else files against you for loss or damage, including the loss of use thereof, to aircraft, and parts of those aircraft temporarily detached and not replaced, which are the property of others and in your care, custody or control as bailee for storage, repair, servicing or safekeeping (as evidenced by your records), but only while the aircraft is not in flight and is in or on your premises.

We will have the right and duty to defend any suit against you seeking damages on account of **property damage**, even if any of the allegations of the suit are groundless, false or fraudulent and may make such investigation and settlement of any claim or suit as we deem expedient, but we will not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of liability has been exhausted by payment of judgment or settlements.

This coverage does not apply to:

1. liability assumed by you under any contract or agreement unless such contract is reported to us within 60 days after its existence is made known to you;

2. **property damage** caused by or arising out of the existence, maintenance or use of any aircraft owned by, hired by or for, leased or loaned to you or any aircraft in flight on your behalf;

3. loss of or damage to robes, wearing apparel, personal belongings or merchandise of any description whether the aircraft in which they are contained is damaged or not;

4. loss of or damage to any aircraft engines or equipment owned or leased by you or your employees, or by officers or directors;

5. loss of or damage to any material furnished by you or any work done by you out of which this **occurrence** arises;

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### CORPORATE AVIATION COMPREHENSIVE COVERAGE AMENDMENT

6.  loss of or damage to property resulting from the handling or use of, the existence of any condition in, or a warranty of goods or products manufactured, sold, handled or distributed by you if the **occurrence** takes place after you have relinquished possession thereof to others and away from your premises;

In the event of an **occurrence**, claim or suit you shall:

1.  give written notice to us or any of our authorized agents as soon as practical containing particulars sufficient to identify you and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of available witnesses.  You shall promptly take, at your expense, all reasonable steps to prevent other **property damage** from arising out of the same similar conditions, but such expenses shall not be recoverable under this policy;

2.  cooperate with us, and upon our request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to you because of **bodily injury** or **property damage** with respect to which insurance is afforded under this policy; and, you shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses.  You shall not, except at your own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of the accident.

The limit of the Company's liability under this coverage because of loss of or damage, including loss of use, to one aircraft shall not exceed $ 3,000,000  each aircraft and subject to the foregoing provision for any one aircraft, the total limit of our liability for damages to more than one aircraft arising out of the same **occurrence** shall not exceed $ 3,000,000  each occurrence. This coverage is part of and not in addition to the **Limit of Liability** stated on the **Coverage Data Page**.

As respects such insurance as is afforded by the other terms of this policy, we shall pay, in addition to the applicable limits of liability:

1.  all expenses incurred by us, all costs taxed against you in any suit defended by us and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before we have paid or tendered or deposited in court that part of the judgment which does not exceed the limit of our liability thereon;

2.  premiums on appeal bonds required in any suit, premiums on bonds to release attachments in any suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of you because of an **occurrence** or violation of a law or regulation for civil aviation arising out of the use of the aircraft, not to exceed $1,000 per bail bond, but we shall have no obligation to apply for or furnish any such bonds;

3.  reasonable expense incurred by you at our request, including actual loss of wages or salary (but not loss of other income).

Coverage for **Host Liquor Liability** is added as follows:

**Liability Coverage** shown on the **Coverage Data Page** is extended to include coverage for claims that someone else files against you (a) for **bodily injury**, sickness or disease sustained by any person; (b) for injury to the means of support of any person; and (c) for injury to or destruction

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### CORPORATE AVIATION COMPREHENSIVE COVERAGE AMENDMENT

of any property resulting from the serving of any alcoholic beverage to any person by you while on board your aircraft.

Coverage for **Cargo Liability** is added as follows:

**Liability Coverage** shown on the **Coverage Data Page** is extended to include coverage for claims that someone else files against you because of injury to or destruction of tangible property of others accepted for transportation for a charge under a tariff bill of lading or shipping receipt issued by you, but only while in or on, or being loaded on or unloaded from an aircraft insured under this policy.

Besides you, certain other people and organizations are covered for liability. They are any executive officer, director, stockholder, employee or agent thereof while acting within the scope of their duties as such.

If two or more people or organizations are covered by this policy, each one is covered separately. The limit of our liability under this coverage because of loss of or damage, including loss of use, no matter how many people are involved, is $ _250,000_ each **occurrence** and in the aggregate.

This coverage does not apply to liability arising from loss of or damage to:

1. accounts, deeds, evidence of debt, mail, money, notes, securities, bullion, credit cards, furs, fur garments, jewelry, precious stones, valuable papers and records, paintings, statuary or other works of art, or other articles of extraordinary value;

2. baggage, luggage, wearing apparel or personal effects of **passengers**;

3. live animals, birds, reptiles, fish or plants;

4. any property in storage unless incidental to transit; and

5. cargo which is considered dangerous, harmful or illegal or for which you must secure a special permit or waiver from Federal, State, County or Municipal authority.

This coverage does not apply to the liability arising from the loss or damage caused by or resulting from:

1. delay, loss of market, loss of use or any consequential loss;

2. gradual deterioration, moths, vermin, inherent vice, marring or scratching;

3. strikes, lockouts, labor disturbances, riots, civil commotion or the acts of any person taking part in any such **occurrence** or disorder;

4. misappropriation, secretion, conversion, infidelity or any dishonest act on the part of you or any of your agents or employees; and

5. any deviation from a Contract of Affreightment or the cost or expense of defending against the same.

Coverage for **Non-Owned Physical Damage Liability** is added as follows:

If you have **property damage** coverage or **bodily injury** and **property damage** coverage shown on the **Coverage Data Page**, we will extend that coverage as follows:

We will pay for direct loss or damage to aircraft, including its loss of use that result from the operation or occupancy of a **non-owned aircraft**. However, the loss must result from an **occurrence** during the **policy period** and you must be legally responsible for the loss.

CA421 (08-11)

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### CORPORATE AVIATION COMPREHENSIVE COVERAGE AMENDMENT

"Non-Owned aircraft" means any aircraft:

1. not owned in whole or in part, or held under written lease for one year or more by you, your immediate family, employees, members of your firm (if you are a partnership), or your officers or directors (if you are a corporation) that has an Airworthiness Certificate issued by the U. S. Federal Aviation Administration or its foreign equivalent.

2. The limit of our liability under this coverage because of loss or damage, including the loss of use, will not exceed the highest Coverage Limit amount shown under **Physical Damage Coverage** on the **Coverage Data Page**.

3. The passenger seating capacity including crew seats cannot be more than twice that of your aircraft shown under **Physical Damage Coverage** on the **Coverage Data Page**.

This coverage does not apply to:

1. loss of personal belongings whether or not the aircraft they are in is damaged.

2. any loss involving a pilot-in-command that is not named under **Who Can Pilot the Aircraft** on the **Pilot Qualification Amendment**.

**Use of Other Aircraft** as stated in the Corporate Aircraft Policy is deleted in its entirety and replaced by the following:

If we insure all aircraft that you own or lease, we will extend your **Liability and Medical Coverages** (but not your **Voluntary Payments for Bodily Injury** Coverage) to include your use of another aircraft. If the **Named Insured** on the **Coverage Data Page** is an individual, we will also extend this coverage to the **Named Insured's** spouse (if he or she lives in your household) and to both the **Named Insured** and his or her spouse if another aircraft is used on behalf of the **Named Insured** or his or her spouse.

The following conditions must be satisfied in order for this extension of coverage to apply:

1. The other aircraft must have a Standard Airworthiness Certificate issued by the U.S. Federal Aviation Administration or have an equivalent certificate issued by another government.

2. The other aircraft cannot be owned or leased by you, your spouse or any member of your household.

3. The other aircraft cannot be a helicopter, unless your policy already covers a helicopter.

If your aircraft described on the **Coverage Data Page** is:

1. a single engine aircraft, the other aircraft must also be a single engine aircraft.

2. a multi-engine aircraft, the other aircraft may be either a single engine or multi-engine aircraft.

The passenger seating capacity of the other aircraft, including the crew seats, cannot be more than twice that of your aircraft shown on the **Coverage Data Page** up to a limit of 40 seats.

This policy does not cover the owner of the other aircraft or any of that owner's employees, officers or directors.

Coverage for **Sale of Aircraft, Aircraft Parts and Maintenance** is added as follows:

**Liability Coverage** shown on the **Coverage Data Page** is extended to include coverage for loss or damage resulting from an **occurrence** and arising out of the sale by you of your

CA421 (08-11)

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### CORPORATE AVIATION COMPREHENSIVE COVERAGE AMENDMENT

aircraft.  In addition, we will extend your liability coverage for loss or damage arising from the sale of aircraft equipment, services or maintenance to someone else, on a non-profit basis.  In order to be covered for **bodily injury**, including **bodily injury to passengers** and **property damage** the loss must occur during the **policy period** and away from your premises and after physical possession of such aircraft, parts or equipment has been relinquished to others.

This coverage is excess insurance over any valid and collectable insurance available to you, and is part of and not in addition to the limit of liability stated on the **Coverage Data Page** under **Liability Coverage.**

Coverage for **Incidental Contractual Liability** is added as follows:

The paragraph titled Contracts under **Liability Losses Not Covered** is replaced by the following:

If you sign an agreement that obligates you to assume any liability, we will not cover the liability unless:

The government requires you to sign an agreement before you can use an airport; or you would have the liability whether or not you signed the agreement; or you enter into an "**incidental contract**", which means one relating to the ownership, maintenance or use of an aircraft described on the **Coverage Data Page.**  You must report to us within 30 days any contract you enter into with any of the following persons or organizations:

1. a manufacturer or seller of aircraft engines or accessories;

2. an aircraft repair service;

3. a commercial flying service;

4. a pilot training center or flying school; or

5. a hangar and/or airport operator.

An incidental contract does not include:

1. a contract entered into after an **occurrence** happens; or

2. a contract with or for the benefit of, **passengers**, including employees; or their heirs relating to **bodily injury** they may sustain.

Coverage for **Personal Injury Coverage** is added as follows, however, the **Personal Injury Coverage** is subject to an aggregate coverage limit of $ 10,000,000  for **personal injury** losses. The aggregate coverage limit is the most we will pay for **personal injury** losses during the **policy period** and is part of and not in addition to the **Liability Coverage** limit shown on the **Coverage Data Page.**

"**Personal Injury**" means injury arising out of one or more of the following offenses committed during the **policy period:**

1. false arrest, detention or imprisonment;

2. malicious prosecution;

3. damage to someone's reputation or violation of someone's right to privacy, caused by a publication or public statement;

4. entering someone's home, business premises or other property when you have no right to do so; or

CERTIFIED COPY

**OLD REPUBLIC INSURANCE COMPANY**

**CORPORATE AVIATION COMPREHENSIVE COVERAGE AMENDMENT**

5. evicting someone from his or her home, business premises or other property when you had no right to do so.

Claims we won't cover:

We won't cover **Personal Injury**:

1. sustained by any person or organization shown on the **Coverage Data Page** or amended onto the policy as the **Named Insured**;

2. arising from any publication or public statement which first occurred before the effective date of the policy;

3. arising from any publication or public statement made by any person or organization at your direction, knowing the publication or public statement to be false;

4. arising out of any advertising by any person or organization described in the **Who Is Not Covered** section of your policy;

5. which does not arise directly from any **occurrence** covered under this policy;

6. for wrongful termination by you of a contractor or subcontractor of yours;

7. sustained by any person arising directly or indirectly out of applying for termination of, or related to their employment, including coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, discrimination or other employment related practices, policies, acts or omissions, by any person or organization described in the **Who Is Covered** section of your policy under **Liability Coverage**;

8. arising from liability assumed by any person or organization described in the **Who Is Covered** section of your policy; or

9. arising out of the willful violation of a penal statute or ordinance committed by or with the knowledge or consent of any person or organization described in the **Who Is Covered** section of your policy.

It is further agreed that **Personal Injury Coverage** is extended to include **Advertising Liability** as following:

Infringement of copyright or of title or of slogan, or privacy, or plagiarism, or unfair competition, or idea misappropriation under implied contract, in any advertising, publicity article, broadcasting or telecast arising out of the **Named Insured's** advertising activities.

The insurance provided by this Amendment does not apply:

1. to damage for failure of performance of a contract;

2. to any offense committed by or at the direction of the insured or a **Named Insured** with knowledge that it is an offense, but with respect to the **Named Insured** this exclusion shall apply only if the offense is committed by or at the direction of an executive officer, director, or general manager who has knowledge that it is an offense;

3. to damage for unfair competition based on incorrect description of any article, or commodity or any advertising price; or

4. to damages with respect to a continuous or repeated offense, or the extent that such damages are reasonably attributable to or have been aggravated by offenses committed prior to or subsequent to the **policy period**.

Exhibit 13, page 42

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### CORPORATE AVIATION COMPREHENSIVE COVERAGE AMENDMENT

Coverage for **Family Assistance Expenses** is added to your policy.

We will offer on your behalf and at the request of the **Named Insured** all reasonable **Family Assistance Expenses** that a spouse, children, brothers, sisters or parents of a **passenger** incur within one (1) year from the date of an **occurrence** involving the fatality of a **passenger**. But, the aircraft involved in the **occurrence** must have been used by you or with your permission. **Family Assistance Expenses** are defined as the necessary and reasonable costs of transporting family members to and from the site of the **occurrence**, lodging near the site of the occurrence, and grief counseling.

This coverage is in addition to the Limits of Liability for **Single Limit Bodily Injury and Property Damage** shown on the **Coverage Data Page.**

We will pay up to $____25,000____ per **occurrence**.

The coverage amount for **Emergency and First Aid Cost** under the **Additional Liability Coverage** section shall be $____100,000____.

The coverage amount for **Search and Rescue Costs** under the **Additional Liability Coverage** section shall be $____100,000____.

Coverage for **Trip Interruption Expense** under the **Additional Liability Coverage** Section of your policy is added as follows:

For each **passenger**, we will pay $____10,000____ each **occurrence** for reasonable expenses for food, travel and lodging of **passengers** from the place where your aircraft suffers a covered **physical damage** loss under the policy to the intended final destination of the damaged aircraft or back to the place you originally boarded the aircraft if the trip is discontinued. You will be required to provide us with duplicate invoices for all covered expenses within 60 days from the date you incur the expenses.

The **Property** provision in the **Liability Losses Not Covered** section of **Liability Coverage** is deleted and replaced with the following:

**Property.** We will not cover damage to any property that you own, rent, use or legally possess. But, we will cover the "personal effects" of each **passenger** in any one **occurrence** for up to $____10,000____. "**Personal effects**" means luggage such as handbags, suitcases and briefcases, and their contents that travelers normally carry. We will also pay up to $____1,000,000____ during the **policy period** for damage to hangars and their contents you do not own, but these coverage limits are part of the **Liability Coverage** limit shown on the **Coverage Data Page**, not in addition to this limit.

Coverage for **Transportation Expense** is added as follows:

If a pilot named under **Who Can Pilot The Aircraft** on the **Pilot Qualification Amendment** is forced to make an emergency landing away from an airport and no **physical damage** to your aircraft results and you have **Comprehensive Physical Damage** coverage, we will pay the reasonable costs to transport your aircraft to the nearest suitable airport. But we will not pay more than the limit for **Physical Damage Coverage** stated on the **Coverage Data Page**.

## MEDICAL COVERAGE

Coverage for **Premises Medical Payments** is added as follows:

If a person is injured in an **occurrence** while on airport premises that you own, maintain or use to park or store your aircraft and provided that person is on the airport premises with your

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### CORPORATE AVIATION COMPREHENSIVE COVERAGE AMENDMENT

permission, we will pay all reasonable medical expenses that they incur within a year of the **occurrence**. But we will pay these expenses only up to the applicable coverage limits.

Reasonable medical expenses include:

1. fees for doctors, surgeons and dentists;
2. costs for ambulance, x-ray and hospital services;
3. fees for professional nurses; and,
4. costs for prosthetic devices.

If a person dies within a year of the **occurrence** as a result of injuries suffered in the **occurrence**, we will pay to the surviving spouse of the deceased or to their estate, reasonable funeral expenses.

Your **Medical Coverage** has a limit for each person shown on the **Coverage Data Page**. This limit is the most we will pay for all medical and funeral expenses for each person in any one **occurrence**. If we make any payments, we will apply them against your **Medical Coverage** limit.

We have the right to pay the injured person directly or to pay the organization or person providing the medical service. But any payment we make will not be an admission of your legal responsibility for causing the **occurrence**.

Before we make any payments under your **Medical Coverage**, we require that the injured person or someone representing him or her give us a sworn written statement proving that medical services were received. This statement must reach us within 60 days after we request it and must include:

1. the name and address of each person or organization providing the services;
2. the dates the services were provided; and
3. the amounts paid for the services.

Also, the statement must give us permission to obtain medical reports and copies of records.

We must receive proof of the services as soon as:

1. the medical services are completed; or
2. the cost of these services equals or exceeds the each person limit; or,
3. one year passes from the date of the **occurrence**.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### EXCLUSION OF CERTIFIED ACTS OF TERRORISM AMENDMENT

Policy Number: CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013    To: September 30, 2014

Effective Date of This Amendment: September 30, 2013   12:01 am Standard Time

**THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

A.  In consideration of the premium charged, it is agreed that this policy is amended as follows:
This insurance does not apply to:

**CERTIFIED ACTS OF TERRORISM**

Any loss, damage, **bodily injury** or **property damage** that in any way, directly or indirectly, arises out of, relates to or results from a **Certified Act of Terrorism** including action in hindering or defending against an actual or expected incident of a **Certified Act of Terrorism**.

B.  The following definitions are added:

1.  For the purposes of this amendment, "any injury or damage" means any injury or damage covered under any Coverage Part to which this amendment is applicable, and includes but is not limited to **bodily injury**, **property damage**, personal and advertising injury, "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2.  "**Certified Act of Terrorism**" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the Terrorism Risk Insurance Act of 2002 and as amended with the Terrorism Risk Insurance Program Reauthorization Extension Act of 2007, The federal Terrorism Risk Insurance Act of 2002,  as amended, sets forth the following criteria for a **certified act of terrorism**:

    a)  the act resulted in aggregate losses in excess of $5 million; and

    b)  the act is to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals acting as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

    c)  any certification of, or determination not to certify, an act of terrorism under this paragraph shall be final, and shall not be subject to judicial review.

    d)  the Secretary may not delegate or designate to any other officer, employee, or person, any determination under this paragraph of whether, during the effective period of the Program, an act of terrorism has occurred.

CTXGA (01-08)

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

## EXCLUSION OF CERTIFIED ACTS OF TERRORISM AMENDMENT

C.  We will not pay for **any injury or damage** caused directly or indirectly out of an act of terrorism including action in hindering, defending against, or  responding to an actual or expected incident of **terrorism** when one or more of the following are attributed to an incident of **Terrorism** including a **Certified Act of Terrorism:**

1.  the **Terrorism** involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

2.  the **Terrorism** is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

3.  radioactive material is released, and it appears that one purpose of the **Terrorism** was to release such material; or

4.  the **Terrorism** is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5.  pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the **Terrorism** was to release such materials.

### ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

Date Issued:   09/30/2013

CTXGA (01-08)

Page 2 of 2

CERTIFIED COPY

# OLD REPUBLIC INSURANCE COMPANY

## ASBESTOS EXCLUSION AMENDMENT

Policy Number: CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013     To: September 30, 2014

Effective Date of This Amendment: September 30, 2013   12:01 am Standard Time

**THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

This policy shall not apply to:

1. **Bodily injury**, sickness, disease, occupational disease, disability, shock, death, mental anguish, mental injury, **property damage** or any other claim whatsoever arising out of or related to asbestos or the exposure to asbestos, asbestos fibers, asbestos dust, or any product or material containing asbestos or the failure of any product or material containing asbestos or the existence of asbestos in any place or thing in the atmosphere, land, or any water course or body of water;

2. any loss, cost or expense arising out of testing for, monitoring, clean up, containing, treating or removing asbestos or any product or material containing asbestos; or

3. any obligation to defend or indemnify due in whole or in part to any claim or suit against any insured alleging damages arising from or related to asbestos excluded by paragraphs 1 or 2 above.


**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Date Issued:   09/30/2013

XAPAM (01-08)

Exhibit 13, page 47

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### NUCLEAR RISKS EXCLUSION CLAUSE

Policy Number: CA 00246201        Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013    To: September 30, 2014

Effective Date of This Amendment: September 30, 2013   12:01 am Standard Time

### THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

A. This **Policy** does not cover:

   1.  loss of or destruction of or damage to any property whatsoever or any loss or expense whatsoever resulting or arising therefrom or any consequential loss

   2.  any legal liability of whatsoever nature

   directly or indirectly caused by or contributed to by or arising from:

   (a) the radioactive, toxic, explosive or other hazardous properties of any explosive nuclear assembly or nuclear component thereof;

   (b) the radioactive properties of, or a combination of radioactive properties with toxic, explosive or other hazardous properties of, any other radioactive material in the course of carriage as cargo, including storage or handling incidental thereto;

   (c) ionizing radiations or contamination by radioactivity from, or the toxic, explosive or other hazardous properties of, any other radioactive source whatsoever.

B. It is understood and agreed that such radioactive material or other radioactive source in the above paragraph (b) and (c) shall not include:

   1.  depleted uranium and natural uranium in any form;

   2.  radioisotopes which have reached the final stage of fabrication so as to be usable for any scientific, medical, agricultural, commercial, educational or industrial purpose.

C. This **Policy**, however, does not cover loss of or destruction of or damage to any property or any consequential loss or any legal liability of whatsoever nature with respect to which:

   1.  the Insured under this **Policy** is also an insured or an additional insured under any other insurance policy, including any nuclear energy liability policy; or

   2.  any person or organization is required to maintain financial protection pursuant to legislation in any country; or

   3.  the Insured under this **Policy** is, or had this **Policy** not been issued would be, entitled to indemnification from any government or agency thereof.

D. Loss, destruction, damage, expense or legal liability in respect of the nuclear risks not excluded by

Exhibit 13, page 48

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

## NUCLEAR RISKS EXCLUSION CLAUSE

reason of paragraph "B" shall (subject to all other terms, conditions, limitations, warranties and exclusions of this Policy) be covered, provided that:

1. in the case of any claim in respect of radioactive material in the course of carriage as cargo, including storage or handling incidental thereto, such carriage shall in all respects have complied with the full International Civil Aviation Organization "Technical Instructions for the Safe Transport of Dangerous Goods by Air", unless the carriage shall have been subject to any more restrictive legislation, when it shall in all respects have complied with such legislation;

2. this Policy shall only apply to an incident happening during the period of this Policy and where any claim by the Insured against the Insurers or by any claimant against the Insured arising out of such incident shall have been made within three years after the date thereof;

3. in the case of any claim for the loss of or destruction of or damage to or loss of use of an aircraft caused by or contributed to by radioactive contamination, the level of such contamination shall have exceeded the maximum permissible level set out in the following scale:

| Emitter<br><br>(IAEA Health and Safety Regulations) | Maximum permissible level of non-fixed radioactive surface contamination<br>(Averaged over 300cm$^2$) |
|---|---|
| Beta, gamma and low toxicity alpha emitters | Not exceeding 4 Becquerels/cm$^2$<br>($10^{-4}$ microcuries/cm$^2$) |
| All other emitters | Not exceeding 0.4 Becquerels/cm$^2$<br>($10^{-5}$ microcuries/cm$^2$) |

4. the coverages afforded hereby may be cancelled at any time by the Insurers giving seven days' notice of cancellation.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Date Issued:   09/30/2013

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

## NOTICE OF TERRORISM INSURANCE COVERAGE – POLICYHOLDER DISCLOSURE

Policy Number: CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013     To: September 30, 2014

Effective Date of This Amendment: September 30, 2013   12:01 am Standard Time

### POLICYHOLDER DISCLOSURE, PLEASE READ IT CAREFULLY.

You are hereby notified that under the Terrorism Risk Insurance Act, as extended on December 26, 2007 with the enactment of the Terrorism Risk Insurance Program Reauthorization Extension Act of 2007, that you now have a right to purchase insurance coverage for losses resulting from acts of terrorism, *as defined in Section 102(1) of the Act*:

The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in concurrence with the Secretary of State, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals acting as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHERE COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE.

THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURER'S LIABILITY FROM CERTIFIED ACTS OF TERRORISM WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEED $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

You have a right to purchase insurance coverage for losses arising from terrorism, as defined in the Act. Unless you elect to purchase the coverage, we will attach exclusion for Acts of Terrorism, as defined in the Act, to your policy.

### ACCEPTANCE OR REJECTION OF TERRORISM INSURANCE COVERAGE

YOU HAVE Forty Five_____ ( 45 ) DAYS TO CONSIDER THIS OFFER OF COVERAGE FOR ACTS OF TERRORISM, AS DEFINED IN THE ACT.  FAILURE TO RETURN THIS SIGNED FORM

PDPAM (01-08)     Includes copyrighted material of National Association of Insurance Commissioners with its permission     Page 1 of 2

Exhibit 13, page 50

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### NOTICE OF TERRORISM INSURANCE COVERAGE – POLICYHOLDER DISCLOSURE

---

**INDICATING AN ELECTION TO PURCHASE TERRORISM COVERAGE, AS DEFINED IN THE ACT WILL BE DEEMED YOUR REJECTION OF TERRORISM COVERAGE, AS DEFINED IN THE ACT.**

**Please indicate your selection by an ☒:**

☐ I hereby elect to purchase terrorism coverage for Acts of Terrorism, as defined in the Act, for a premium of: $ As Quoted            .

☐ I hereby elect to have the exclusion for Acts of Terrorism, as defined in the Act, added to my policy. I understand that I will have no coverage for losses arising from terrorism, as defined in the Act.


_____     _____     Date ____/____/_____
Policyholder/Applicant's Signature          Printed Name/Title


## ALL TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.


Date Issued:   09/30/2013

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

## TEXAS CANCELLATION AMENDMENT

---

Policy Number: CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013    To: September 30, 2014

Effective Date of This Amendment: September 30, 2013   12:01 am Standard Time

---

**THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

In compliance with the provisions of the laws of **Texas**, we agree to the following amendments of your policy:

The **Cancellation Provisions** in this policy which are inconsistent with the following provisions are replaced by these provisions. All other provisions in this policy remain in force.

1. You may cancel this policy by mailing or delivering to us advanced written notice of cancellation.

2. We may cancel this policy by mailing to you and the agent or broker of record written notice of cancellation.  Such notice, stating the reason for cancellation.  If this policy has been in effect for:

   a. 60 days or less, we may cancel for any reason except, that under the provisions of the Texas Insurance Code; we may not cancel this policy solely because the policyholder is an elected official.

   b. More than 60 days, or if it is a renewal or continuation of a policy issued by us, we may cancel only for one or more of the following reasons:

      1) failure to pay premiums when due;

      2) fraud or material misrepresentation made by you or with your knowledge in obtaining the policy;

      3) an increase in hazard within the control of the insured which would produce an increase in rate;

      4) if we have been placed in supervision, conservatorship or receivership and the cancellation is approved or directed by the supervisor, conservator or receiver; or

      5) loss or decrease in our reinsurance covering all or part of the risk covered by the policy.

## WHEN WE DO NOT RENEW

1. We may elect not to renew this policy except, that under the provisions of the Texas Insurance Code, we may not refuse to renew this policy solely because the policyholder is an elected official:

2. If we elect not to renew this policy, we may do so by mailing or delivering to you, at the last mailing address known to us, written notice of non-renewal, stating the reason for non-renewal, at least 60 days before the expiration date.

   a. If notice is mailed or delivered less than 60 days before the expiration date, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered.

Exhibit 13, page 52

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### TEXAS CANCELLATION AMENDMENT

---

   b.  Earned premium for any period of coverage that extends beyond the expiration date will
       be computed pro-rata based on the previous year's premium.

**THE FOLLOWING PROVISIONS GOVERN THE CALCULATION OF A RETURN PREMIUM:**

When we cancel this policy, the unearned premium will be returned to you.  The return will be on a
pro-rata basis, which is computed this way:

   1.  First, we calculate how much time there is between the cancellation date and the day this
       policy expires.

   2.  We then figure out the percentage of your **Policy Period** that this time represents.

   3.  Finally, we multiply this percentage by the amount of your premium.  The result is the
       unearned premium that we return to you.

If you cancel this policy, we will compute the unearned premium on a pro-rata basis, less 10%.


   **ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**


Date Issued:   09/30/2013

TXPAM (06-10)          Includes copyrighted material of ISO Properties, Inc. with its permission.          Page 2 of 2

Exhibit 13, page 53

CERTIFIED COPY

# OLD REPUBLIC INSURANCE COMPANY

## MEXICO - WARNING

Policy Number: CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:   From: September 30, 2013    To: September 30, 2014

Effective Date of This Amendment: September 30, 2013   12:01 am Standard Time

### THIS IS A WARNING – PLEASE READ IT CAREFULLY.

Even though the coverage territory under this policy may include Mexico, you are strongly encouraged to purchase a separate Mexican liability insurance policy through a Mexican insurance company for any travel to Mexico or through Mexican airspace.

You may be detained for hours or spend many days in jail if you do not carry the recommended policy aboard your aircraft and provide proof of coverage when requested by the Mexican authorities.

It is recommended that you purchase this coverage from a Company licensed under the laws of Mexico to write such insurance to mitigate any potential complications or other penalties possible under the laws of Mexico, including the possible impoundment of your aircraft.

### ALL TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

Date Issued:   09/30/2013

CERTIFIED COPY

# OLD REPUBLIC INSURANCE COMPANY

## WAR AND CONFISCATION PHYSICAL DAMAGE AMENDMENT

Policy Number: CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013    To: September 30, 2014

Effective Date of This Amendment: September 30, 2013   12:01 am Standard Time

### THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

In return for this extended coverage, you must pay an additional premium of $_____390_____

Aircraft:

> N388LR        1983        Gulfstream III

Under **Physical Damage Coverage, Losses Not Covered** paragraphs a, c, d, e, f, and g of the **War, Hijacking and Other Perils** section are deleted.

Only with respect to such coverage as is afforded by this amendment and notwithstanding the **GENERAL PROVISIONS** entitled **Cancellation** it is understood and agreed that:

1. We may give notice effective at the expiration of seven (7) days from midnight Greenwich Mean Time on the day on which notice is issued to review the rate of premium and/or the geographical limits.  In the event of the review of the rate of premium and/or geographical limits not being accepted by the **Named Insured** then at the expiration of said (7) days the coverage provided by this amendment shall become cancelled at that date.

2. Notwithstanding the above, the coverage provided by this amendment is subject to our automatic review of the rate of premium and/or conditions and/or geographical limits effective on the expiration of 7 days from the time of any hostile detonation of any weapons of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter wheresoever or whensoever such denotation may occur and whether or not the insured Aircraft may be directly affected.  In the event of the review of the rate of premium and/or conditions and/or geographical limits not being accepted by the **Named Insured** then at the expiration of said 7 days, the coverage provided by this amendment shall become cancelled at that date.

3. This insurance may be cancelled by us or the **Named Insured** giving notice not less than 7 days prior to the end of each period of three months from inception.

4. Whether or not such notice of cancellation has been given this insurance shall TERMINATE AUTOMATICALLY:

CERTIFIED COPY

# OLD REPUBLIC INSURANCE COMPANY

## WAR AND CONFISCATION PHYSICAL DAMAGE AMENDMENT

a.   Upon the outbreak of War (whether there be a declaration of war or not) between any of the following States, namely, the United Kingdom, The United States of America, France, the Russian Federation, or the People's Republic of China.

b.   PROVIDED THAT if the Aircraft is in the air when such outbreak of war occurs then this insurance, subject to its terms and conditions and provided not otherwise cancelled, terminated or suspended, will be continued in respect of such Aircraft until that Aircraft has completed its first landing thereafter.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Date Issued:   08/05/2014

CA469 (06-10)

Exhibit 13, page 56

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

## NOTICE OF TERRORISM INSURANCE COVERAGE – POLICYHOLDER DISCLOSURE

Policy Number: CA 00246201        Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013    To: September 30, 2014

Effective Date of This Amendment: September 30, 2013   12:01 am Standard Time

### POLICYHOLDER DISCLOSURE, PLEASE READ IT CAREFULLY.

**Coverage for acts of terrorism is included in your policy.**

You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2007, the definition of an act of terrorism has changed. As *defined in Section 102(1) of the Act*: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in concurrence with the Secretary of State, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels; or the premises of a United States mission; and to have been committed by an individual or individuals acting as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Under your coverage, any losses from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is $Included_____, and does not include any charges for the portion of losses covered by the United States government under the Act

I ACKNOWLEDGE THAT I HAVE BEEN NOTIFIED THAT UNDER THE TERRORISM RISK INSURANCE ACT, AS AMENDED, ANY LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM UNDER MY POLICY COVERAGE MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT, MAY BE SUBJECT TO A $100 BILLION CAP THAT MAY REDUCE MY COVERAGE AND I HAVE BEEN NOTIFIED OF THE PORTION OF MY PREMIUM ATTRIBUTABLE TO SUCH COVERAGE.

_____    _____    Date ____/____/_____

Policyholder/Applicant's Signature    Printed Name/Title

### ALL TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

Date Issued:   08/05/2014

Exhibit 13, page 57

CERTIFIED COPY

# OLD REPUBLIC INSURANCE COMPANY

## EXCEPTION FOR CERTIFIED ACTS OF TERRORISM EXCLUSION AMENDMENT

Policy Number: CA 00246201         Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013     To: September 30, 2014

Effective Date of This Amendment: September 30, 2013   12:01 am Standard Time

### THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

In consideration of an additional premium of $ __Included__ , it is agreed that:

A.  The Exclusion of Terrorism is hereby removed but only as respects to **"Certified Acts of Terrorism"** for liability coverage and/or physical damage coverage applicable to the following aircraft (list aircraft by FAA registration number):

| FAA Reg. No. | Year | Make and Model |
|---|---|---|
| N388LR | 1983 | Gulfstream III |

B.  With respect to any one or more **"certified acts of terrorism"**, we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

C.  If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

D.  The following definitions are added:

1.  For the purposes of this amendment, "any injury or damage" means any injury or damage covered under any Coverage Part to which this amendment is applicable, and includes but is not limited to "bodily injury", "property damage", and "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2.  **"Certified Act of Terrorism"** means an act that is certificated by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act).  The Terrorism Risk Insurance Act, and as amended with the Terrorism Risk Insurance Program Reauthorization Extension Act of 2007 sets forth the following criteria for a "certified act of terrorism":

CEPAM (01-07)

Exhibit 13, page 58

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### EXCEPTION FOR CERTIFIED ACTS OF TERRORISM EXCLUSION AMENDMENT

a.  The act resulted in aggregate losses in excess of $5 million; and

b.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

E.  This insurance does not apply and we will not pay for "any injury or damage" caused directly or indirectly out of an act of terrorism including action in hindering, defending against, or responding to an actual or expected incident of "terrorism" when one or more of the following are attributed to an incident of **Terrorism** including a **Certified Act of Terrorism**:

1.  The **Terrorism** involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

2.  The **Terrorism** is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

3.  Radioactive material is released, and it appears that one purpose of the **Terrorism** was to release such material; or

4.  The **Terrorism** is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5.  Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the **Terrorism** was to release such materials.

Multiple incidents of **Terrorism including Certified Acts of Terrorism** which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

### ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

Date Issued:   08/05/2014

CEPAM (01-07)

CERTIFIED COPY

# OLD REPUBLIC INSURANCE COMPANY

## AIRCRAFT ADDITION AMENDMENT

Policy Number: CA 00246201          Named Insured: R CONSULTING AND SALES, INC.

Policy Period:   From September 30, 2013   To September 30, 2014

Effective Date of This Amendment: August 11, 2014     12:01 AM STANDARD TIME

### THIS AMENDMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY .

It is agreed that the aircraft listed in this Amendment has been added to your policy with the limits declared on this Amendment from the effective date of this Amendment.  In return for this coverage you must pay an additional premium of     $1,511

## LIABILITY COVERAGE

| | LIMITS OF LIABILITY | | |
|---|---|---|---|
| FAA# | EACH PERSON | EACH OCCURRENCE | LIABILITY PREMIUM |
| N234LR   Home Airport -  ELP | | | |
| Single Limit Bodily Injury, Including Passengers, and Property Damage | | $ 10,000,000 | $        576 |
| Medical Coverage | $     10,000 | $      140,000 | Included |
| Voluntary Payments for Bodily Injury, Including Crew | $   250,000 | $   3,500,000 | Included |
| War Liability | | $ 10,000,000 | $         58 |
| Terrorism(TRIA) | | $ 10,000,000 | Included |
| | | LIABILITY TOTAL:  $ | 634 |

## PHYSICAL DAMAGE COVERAGE

| | FAA# | YEAR | MAKE  AND MODEL | TYPE | SEATS CREW | PASS | INSURED VALUE |
|---|---|---|---|---|---|---|---|
| 1 . | N234LR | 1980 | GULFSTREAM III | LAND | 2 | 12 | $ 1,000,000 |

| FAA# N234LR | NOT IN MOTION DEDUCTIBLE | IN MOTION DEDUCTIBLE | PREMIUM |
|---|---|---|---|
| Comprehensive Physical Damage | $          0 | $          0 | $        836 |
| War Physical Damage | $          0 | $          0 | $         41 |
| Terrorism (TRIA) | $          0 | $          0 | Included |
| | | PHYSICAL DAMAGE TOTAL:  $ | 877 |

POLICY PREMIUM:  $     1,511

Exhibit 13, page 60

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

## AIRCRAFT ADDITION AMENDMENT

ANNUAL PREMIUMS:

| COVERAGE(S) | | PREMIUM | PRO-RATA |
|---|---|---|---|
| Liability Including Passengers | $ | 4,204 | .137 |
| War Liability | $ | 423 | .137 |
| Comprehensive Physical Damage | $ | 6,102 | .137 |
| War Physical Damage | $ | 299 | .137 |
| TOTAL ANNUALIZED PREMIUM | $ | 11,028 | |

## ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

Date Issued:   08/05/2014

CA301(01/12)

Exhibit 13, page 61

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### WAR, HIJACKING AND OTHER PERILS EXCLUSION CLAUSE
### LIMITED WRITE-BACK PROVISION INCLUDING CERTIFIED TERRORISM LOSS COVERAGE
### (APPLICABLE TO YOUR LIABILITY COVERAGE AND YOUR MEDICAL COVERAGE)

Policy Number: CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013      To: September 30, 2014

Effective Date of This Amendment: August 11, 2014      12:01 am Standard Time

**THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

In return for this extended coverage, you must pay an additional premium of $_____58_____.

Aircraft: N234LR      Gulfstream III

Only with respect to **LIABILITY COVERAGE**, under "**Liability Losses Not Covered**", the "**War Hijacking and Other Perils**" section shall be amended to delete Paragraphs (a), (c), (d), (e), (f) and (g) thereof subject to the following:

1. Only with respect to the deletion of Paragraph (a) from the "**War, Hijacking and Other Perils**" section, we won't cover claims for damage to any form of property on the ground located outside of the United States of America or Canada, unless caused by or arising out of the use of your aircraft.

2. **Limitation of Liability**

   The limit of our liability under this Limited Write-Back shall be a sub-limit of $_10,000,000_. any one "occurrence" and in the annual aggregate, except with respect to passengers in your aircraft in which case the Limit of Coverage is stated on the Coverage Data Page.  This sub-limit is part of and not in addition to the Limit of Coverage stated on the Coverage Data Page.

   In no event shall our liability under this Limited Write-Back exceed $_10,000,000_. in the annual aggregate (except with respect to passengers in an aircraft covered hereunder), regardless of the number of (a) people or organizations covered hereunder, (b) "**occurrences**" or events, (c) claims made or suits brought, or (d) persons or organizations making claims or bringing suits.

3. **Automatic Termination**

   This Limited Write-Back shall terminate automatically under any of the following circumstances:

   a) Upon the outbreak of war (whether there be a declaration of war or not) between any two or more of the following:  France, the People's Republic of China, the Russian Federation, the United Kingdom, or the United States of America; or

   b) only with respect to the deletion of Paragraph (a) from the "**War, Hijacking and Other Perils**" section, upon the hostile detonation of any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter wherever or whenever such detonation may occur, and whether or not an aircraft covered under your policy may be involved; or

CA52E (01-08)

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

**WAR, HIJACKING AND OTHER PERILS EXCLUSION CLAUSE**
**LIMITED WRITE-BACK PROVISION INCLUDING CERTIFIED TERRORISM LOSS COVERAGE**
**(APPLICABLE TO YOUR LIABILITY COVERAGE AND YOUR MEDICAL COVERAGE)**

c)   upon the requisitioning of any aircraft covered under the policy for title or use.

Provided that if an insured aircraft is in the air when either (a), (b), or (c) occurs, then the coverage provided under this amendment (unless otherwise cancelled, terminated or suspended) shall continue in respect of the insured aircraft until the completion of its final landing thereafter.

4.   **Review and Cancellation**

a)   Review of Premium and/or Geographical Limits (7 days notice)

We may give notice to review premium and/or geographical limits by mailing or delivering notice to you at the address shown on the **Coverage Data Page** at least seven (7) days before such notice takes effect.

b)   Limited Cancellation (2 days notice)

Following a hostile detonation as set forth in Paragraph 3(b) above, we may give notice of cancellation of all or part of this Limited Write-back by mailing or delivering notice to you at the address shown on the **Coverage Data Page** at least two (2) days before such cancellation takes effect.

c)   Cancellation (7 days notice)

This Limited Write-Back may be cancelled by us or by you by mailing or delivering notice seven (7) days before such cancellation takes effect.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Date Issued:   08/05/2014

CA52E (01-08)

Page 2 of 2

CERTIFIED COPY

# OLD REPUBLIC INSURANCE COMPANY

## WAR AND CONFISCATION PHYSICAL DAMAGE AMENDMENT

Policy Number: CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013    To: September 30, 2014

Effective Date of This Amendment: August 11, 2014      12:01 am Standard Time

### THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

In return for this extended coverage, you must pay an additional premium of $_____41_____

Aircraft:

      N234LR        1980        Gulfstream III

Under **Physical Damage Coverage, Losses Not Covered** paragraphs a, c, d, e, f, and g of the **War, Hijacking and Other Perils** section are deleted.

Only with respect to such coverage as is afforded by this amendment and notwithstanding the **GENERAL PROVISIONS** entitled **Cancellation** it is understood and agreed that:

1. We may give notice effective at the expiration of seven (7) days from midnight Greenwich Mean Time on the day on which notice is issued to review the rate of premium and/or the geographical limits.  In the event of the review of the rate of premium and/or geographical limits not being accepted by the **Named Insured** then at the expiration of said (7) days the coverage provided by this amendment shall become cancelled at that date.

2. Notwithstanding the above, the coverage provided by this amendment is subject to our automatic review of the rate of premium and/or conditions and/or geographical limits effective on the expiration of 7 days from the time of any hostile detonation of any weapons of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter wheresoever or whensoever such denotation may occur and whether or not the insured Aircraft may be directly affected.  In the event of the review of the rate of premium and/or conditions and/or geographical limits not being accepted by the **Named Insured** then at the expiration of said 7 days, the coverage provided by this amendment shall become cancelled at that date.

3. This insurance may be cancelled by us or the **Named Insured** giving notice not less than 7 days prior to the end of each period of three months from inception.

4. Whether or not such notice of cancellation has been given this insurance shall TERMINATE AUTOMATICALLY:

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

## WAR AND CONFISCATION PHYSICAL DAMAGE AMENDMENT

a.   Upon the outbreak of War (whether there be a declaration of war or not) between any of the following States, namely, the United Kingdom, The United States of America, France, the Russian Federation, or the People's Republic of China.

b.   PROVIDED THAT if the Aircraft is in the air when such outbreak of war occurs then this insurance, subject to its terms and conditions and provided not otherwise cancelled, terminated or suspended, will be continued in respect of such Aircraft until that Aircraft has completed its first landing thereafter.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Date Issued:   08/05/2014

CA469 (06-10)

CERTIFIED COPY

# OLD REPUBLIC INSURANCE COMPANY

### WAR, HIJACKING AND OTHER PERILS EXCLUSION CLAUSE
### LIMITED WRITE-BACK PROVISION INCLUDING CERTIFIED TERRORISM LOSS COVERAGE
### (APPLICABLE TO YOUR LIABILITY COVERAGE AND YOUR MEDICAL COVERAGE)

Policy Number: CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013    To: September 30, 2014

Effective Date of This Amendment: September 30, 2013   12:01 am Standard Time

### THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

In return for this extended coverage, you must pay an additional premium of $_____420_____.

Aircraft: N388LR     Gulfstream III

Only with respect to **LIABILITY COVERAGE**, under "Liability Losses **Not Covered**", the "**War, Hijacking and Other Perils**" section shall be amended to delete Paragraphs (a), (c), (d), (e), (f) and (g) thereof subject to the following:

1. Only with respect to the deletion of Paragraph (a) from the "**War, Hijacking and Other Perils**" section, we won't cover claims for damage to any form of property on the ground located outside of the United States of America or Canada, unless caused by or arising out of the use of your aircraft.

2. **Limitation of Liability**

   The limit of our liability under this Limited Write-Back shall be a sub-limit of $_10,000,000_. any one "occurrence" and in the annual aggregate, except with respect to passengers in your aircraft in which case the Limit of Coverage is stated on the Coverage Data Page.  This sub-limit is part of and not in addition to the Limit of Coverage stated on the Coverage Data Page.

   In no event shall our liability under this Limited Write-Back exceed $_10,000,000_. in the annual aggregate (except with respect to passengers in an aircraft covered hereunder), regardless of the number of (a) people or organizations covered hereunder, (b) "**occurrences**" or events, (c) claims made or suits brought, or (d) persons or organizations making claims or bringing suits.

3. **Automatic Termination**

   This Limited Write-Back shall terminate automatically under any of the following circumstances:

   a) Upon the outbreak of war (whether there be a declaration of war or not) between any two or more of the following:  France, the People's Republic of China, the Russian Federation, the United Kingdom, or the United States of America; or

   b) only with respect to the deletion of Paragraph (a) from the "**War, Hijacking and Other Perils**" section, upon the hostile detonation of any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter wherever or whenever such detonation may occur, and whether or not an aircraft covered under your policy may be involved; or

CA52E (01-08)

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

**WAR, HIJACKING AND OTHER PERILS EXCLUSION CLAUSE**
**LIMITED WRITE-BACK PROVISION INCLUDING CERTIFIED TERRORISM LOSS COVERAGE**
**(APPLICABLE TO YOUR LIABILITY COVERAGE AND YOUR MEDICAL COVERAGE)**

---

    c)  upon the requisitioning of any aircraft covered under the policy for title or use.

Provided that if an insured aircraft is in the air when either (a), (b), or (c) occurs, then the coverage provided under this amendment (unless otherwise cancelled, terminated or suspended) shall continue in respect of the insured aircraft until the completion of its final landing thereafter.

4.  **Review and Cancellation**

    a)  Review of Premium and/or Geographical Limits (7 days notice)

    We may give notice to review premium and/or geographical limits by mailing or delivering notice to you at the address shown on the **Coverage Data Page** at least seven (7) days before such notice takes effect.

    b)  Limited Cancellation (2 days notice)

    Following a hostile detonation as set forth in Paragraph 3(b) above, we may give notice of cancellation of all or part of this Limited Write-back by mailing or delivering notice to you at the address shown on the **Coverage Data Page** at least two (2) days before such cancellation takes effect.

    c)  Cancellation (7 days notice)

    This Limited Write-Back may be cancelled by us or by you by mailing or delivering notice seven (7) days before such cancellation takes effect.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Date Issued:   08/05/2014

CA52E (01-08)

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### PILOT QUALIFICATION AMENDMENT - TURBINE ENGINE, FIXED WING AIRCRAFT

Policy Number: CA 00246201        Insured: R CONSULTING AND SALES, INC.

Policy Period:   From: September 30, 2013  To: September 30, 2014

Effective Date of This Amendment: August 11, 2014     12:01 am Standard Time

### THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

#### HOW THIS AMENDMENT AFFECTS YOUR COVERAGE

This Amendment defines the pilot qualifications required and identifies the pilots who are approved to act as pilot-in-command and second-in-command of the aircraft listed below.

#### TYPE OF AIRCRAFT

The aircraft to which this Amendment applies is :

N388LR   Gulfstream III
N234LR   Gulfstream IIII

#### QUALIFICATIONS

Your policy will be effective while your aircraft is in flight only if the following four conditions are met:

1. The aircraft must be operated in flight by a pilot-in-command and another pilot designated as second-in-command.

2. The pilot-in-command and the second-in-command must each maintain a valid pilot's certificate and ratings (category, class, and type) as required by the Federal Aviation Administration or its foreign equivalent.

3. The pilot-in-command and second-in-command must have successfully completed the aircraft manufacturer's approved ground and flight school or an equivalent school approved by the Company applicable to the insured aircraft no more than twelve (12)  months preceding the intended flight.

4. The pilot-in-command and the second-in-command must also either:

   a.   be named under **Who Can Pilot the Aircraft**; or

   b.   meet the qualifications described below:

#### Who Can Pilot the Aircraft

<u>Pilot-In-Command</u>

Lance Ricotta
Brian Good
Daniel Kizziam

CA225 (07-12)

Page 1

Exhibit 13, page 68

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

### PILOT QUALIFICATION AMENDMENT - TURBINE ENGINE, FIXED WING AIRCRAFT

<u>Second-In-Command</u>

Lance Ricotta
Brian Good
Daniel Kizziam

**Pilots Not Named in This Amendment**

If the pilot-in-command and/or second-in-command is not named under **Who Can Pilot the Aircraft**, then the pilot-in-command and/or second-in-command must meet the following qualifications:

Pilot-In-Command. A pilot-in-command must:

   a.  maintain an airline transport pilot certificate with a current instrument rating; and

   b.  have logged:

      4,000 total flying hours as pilot-in-command; and
      3,000 hours in multi-engine aircraft as pilot-in-command; and
      2,000 hours in turbojet aircraft as pilot-in-command; and
        500 hours in Gulfstream III model aircraft as pilot-in-command.

Second-In-Command. A second-in-command must:

   a.  maintain a commercial or more advanced pilot certificate, with current multi-engine and instrument rating; and

   b.  have logged:

      3,000 total flying hours; and
      2,000 hours in multi-engine aircraft; and
        500 hours in turbojet aircraft; and
        100 hours in Gulfstream III model aircraft.

## ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

Date Issued:   08/06/2014

CA225 (07-12)

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

## EXCEPTION FOR CERTIFIED ACTS OF TERRORISM EXCLUSION AMENDMENT

Policy Number: CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:  From: September 30, 2013    To: September 30, 2014

Effective Date of This Amendment: August 11, 2014     12:01 am Standard Time

### THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

In consideration of an additional premium of $   Included   , it is agreed that:

A. The Exclusion of Terrorism is hereby removed but only as respects to **"Certified Acts of Terrorism"** for liability coverage and/or physical damage coverage applicable to the following aircraft (list aircraft by FAA registration number):

| FAA Reg. No. | Year | Make and Model |
|---|---|---|
| N388LR | 1983 | Gulfstream III |
| N234LR | 1980 | Gulfstream III |

B. With respect to any one or more **"certified acts of terrorism"**, we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

C. If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

D. The following definitions are added:
1. For the purposes of this amendment, "any injury or damage" means any injury or damage covered under any Coverage Part to which this amendment is applicable, and includes but is not limited to "bodily injury", "property damage", and "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. **"Certified Act of Terrorism"** means an act that is certificated by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act).  The Terrorism Risk Insurance Act, and as amended with the Terrorism Risk Insurance Program Reauthorization Extension Act of 2007 sets forth the following criteria for a "certified act of terrorism":

CERTIFIED COPY

**OLD REPUBLIC INSURANCE COMPANY**

**EXCEPTION FOR CERTIFIED ACTS OF TERRORISM EXCLUSION AMENDMENT**

    a.  The act resulted in aggregate losses in excess of $5 million; and

    b.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

E.  This insurance does not apply and we will not pay for "any injury or damage" caused directly or indirectly out of an act of terrorism including action in hindering, defending against, or responding to an actual or expected incident of "terrorism" when one or more of the following are attributed to an incident of **Terrorism** including a **Certified Act of Terrorism:**

    1.  The **Terrorism** involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

    2.  The **Terrorism** is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

    3.  Radioactive material is released, and it appears that one purpose of the **Terrorism** was to release such material; or

    4.  The **Terrorism** is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

    5.  Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the **Terrorism** was to release such materials.

Multiple incidents of **Terrorism including Certified Acts of Terrorism** which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Date Issued:   08/06/2014

CEPAM (01-07)

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

## ADDITIONAL INSURED AMENDMENT

Policy Number: CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:   From September 30, 2013  To September 30, 2014

Effective Date of This Amendment: August 22, 2014       12:01 am Standard Time

**THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

In return for an additional premium of $ Included_____ the following is/are now added to the **Who Is Covered** section of your **Liability Coverage** as an additional insured:

Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas and its affiliates

but only in connection with the following uses:

Operations of the Named Insured.

However, this amendment does not extend coverage under **Who Is Not Covered** or the **Recovering Damages from Other People** sections of your policy for any purpose of use other than outlined above.

**Liability Coverages**

Single Limit Bodily Injury, Including Passengers and Property Damage

The limit of liability for the additional insured listed above shall be:

$ 10,000,000   each occurrence,

which is part of and not in addition to the **Single Limit Bodily Injury and Property Damage** limits on the **Coverage Data Page**.

CA304 (05-13)

CERTIFIED COPY

## OLD REPUBLIC INSURANCE COMPANY

## ADDITIONAL INSURED AMENDMENT

This amendment does not provide coverage for the additional insured(s) with respect to claims arising out of their legal liability as manufacturers, repairers, suppliers or servicing agents and shall not operate to prejudice our rights of recourse against the additional insured as manufacturers, repairers, suppliers or servicing agents where such rights of recourse would have existed had this amendment not been effected under this policy.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

Date Issued:   08/22/2014

CA304 (05-13)

CERTIFIED COPY

# OLD REPUBLIC INSURANCE COMPANY

## PILOT QUALIFICATION AMENDMENT - TURBINE ENGINE, FIXED WING AIRCRAFT

Policy Number: CA 00246201          Insured: R CONSULTING AND SALES, INC.

Policy Period:   From: September 30, 2013  To: September 30, 2014

Effective Date of This Amendment: August 28, 2014      12:01 am Standard Time

### THIS AMENDMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

HOW THIS AMENDMENT AFFECTS YOUR COVERAGE

This Amendment defines the pilot qualifications required and identifies the pilots who are approved to act as pilot-in-command and second-in-command of the aircraft listed below.

## TYPE OF AIRCRAFT

The aircraft to which this Amendment applies is :

N388LR   Gulfstream III
N234LR   Gulfstream IIII

## QUALIFICATIONS

Your policy will be effective while your aircraft is in flight only if the following four conditions are met:

1. The aircraft must be operated in flight by a pilot-in-command and another pilot designated as second-in-command.

2. The pilot-in-command and the second-in-command must each maintain a valid pilot's certificate and ratings (category, class, and type) as required by the Federal Aviation Administration or its foreign equivalent.

3. The pilot-in-command and second-in-command must have successfully completed the aircraft manufacturer's approved ground and flight school or an equivalent school approved by the Company applicable to the insured aircraft no more than twelve (12) months preceding the intended flight.

4. The pilot-in-command and the second-in-command must also either:

   a.  be named under **Who Can Pilot the Aircraft**; or

   b.  meet the qualifications described below:

**Who Can Pilot the Aircraft**

<u>Pilot-In-Command</u>

Lance Ricotta
Brian Good
Daniel Kizziam

CA225 (07-12)

Page 1

Exhibit 13, page 74

CERTIFIED COPY

# OLD REPUBLIC INSURANCE COMPANY

## PILOT QUALIFICATION AMENDMENT - TURBINE ENGINE, FIXED WING AIRCRAFT

<u>Second-In-Command</u>

Lance Ricotta
Brian Good
Daniel Kizziam
Sargon Youhanian - provided he is accompanied at all times by a named Pilot-In-Command. It is further agreed that Qualification 3 of this endorsement is waived for Saragon Youhanian through November 25, 2014.

**Pilots Not Named in This Amendment**

If the pilot-in-command and/or second-in-command is not named under **Who Can Pilot the Aircraft**, then the pilot-in-command and/or second-in-command must meet the following qualifications:

Pilot-In-Command. A pilot-in-command must:

   a.  maintain an airline transport pilot certificate with a current instrument rating; and

   b.  have logged:

      4,000 total flying hours as pilot-in-command; and
      3,000 hours in multi-engine aircraft as pilot-in-command; and
      2,000 hours in turbojet aircraft as pilot-in-command; and
        500 hours in Gulfstream III model aircraft as pilot-in-command.

Second-In-Command. A second-in-command must:

   a.  maintain a commercial or more advanced pilot certificate, with current multi-engine and instrument rating; and

   b.  have logged:

      3,000 total flying hours; and
      2,000 hours in multi-engine aircraft; and
        500 hours in turbojet aircraft; and
        100 hours in Gulfstream III model aircraft.

## ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

Date Issued:  09/02/2014

CA225 (07-12)

Page 2 Final

CERTIFIED COPY

INSURANCE IS PROVIDED BY

THE COMPANY DESIGNATED ON THE COVERAGE DATA PAGE

**IN WITNESS WHEREOF**, we have caused this policy to be executed and attested, and, if required by law, this policy shall not be valid unless countersigned by our authorized representative.

### OLD REPUBLIC INSURANCE COMPANY

133 Oakland Avenue

Greensburg, Pennsylvania 15601

A Stock Company

*Spencer LeRoy III*

Secretary

*R S Rager*

President

J1000 (09-12)

CERTIFIED COPY



**OLD REPUBLIC** COMPANIES

307 North Michigan Avenue
Chicago, Illinois 60601
(312) 346-8100

Exhibit 13, page 77

CERTIFIED COPY



**OLD REPUBLIC** INSURANCE COMPANY

1990 Vaughn Road, Suite 350, Kennesaw, GA 30144   Tel: (770) 590-4950

## PRIVACY POLICY

### WE ARE COMMITTED TO PROTECTING YOUR PRIVACY

Collecting personal information about you is essential to our ability to offer you high-quality insurance products and services. We take great care to keep your nonpublic personal information accurate, confidential and secure.

Our Policy sets high standards for collecting, using, disclosing and storing nonpublic personal information.

For Privacy Policy questions regarding Phoenix Aviation Managers Inc., writing aviation insurance products on behalf of Old Republic Insurance Company, please contact Corporate Administration at (770) 590-4950 or visit our website www.phoenixaviationmgrs.com to submit your questions electronically.

*In this document, you and your mean the individual who is a customer or potential customer of Phoenix Aviation Managers, Inc., writing on behalf of Old Republic Insurance Company and we, us and our mean Phoenix Aviation Managers, Inc. and Old Republic Insurance Company. The term "nonpublic personal information" (NPI) means any "personally identifiable financial information" that a financial institution collects about an individual in connection with providing a financial product or service, unless that information is otherwise "publicly available."*

### HOW WE COLLECT, USE AND DISCLOSE NONPUBLIC PERSONAL INFORMATION

*We ask you for only the information we need.*

We collect only the information we need for the purposes we have identified to you.

Our files are kept for the purpose of providing and servicing insurance related products for you.

We will not sell your nonpublic personal information.

*Why we need the information.*

Generally, we need to collect nonpublic personal information to:
- Fully understand the risk or exposure,
- determine your eligibility,
- meet regulatory or contractual requirements relating to the services and products provided to you.

*We will obtain your permission.*

We collect, use or disclose your nonpublic personal information only with your permission or as permitted by or required by law.

PAMPP 08/2011

CERTIFIED COPY

Your permission may be expressed in writing or be implied and you may give it to us verbally, electronically, or through your authorized representative.

You may withdraw your permission to collect, use and disclose your nonpublic personal information at any time, subject to legal and contractual restrictions and reasonable notice.   Doing so, however, may prevent us from being able to provide insurance coverage or services to you.

Where your medical information is collected or released, we will obtain your consent to do so.

Before we make any information available to third parties, other than your agent or service provider who needs it or as otherwise required by law, we will tell you at the time we obtain your consent or before we make the information available, who those persons or organizations are, the kind of information we want to share with them and why.

*We will limit how long we keep information.*

We will keep your nonpublic personal information only for as long as it is necessary, including updating the product or service or as required by law.

When we destroy nonpublic personal information, we will use safeguards to prevent unauthorized parties from gaining access to the information during the process.

## WE WILL PROTECT YOUR NONPUBLIC PERSONAL INFORMATION

*We are responsible for your information.*

We are responsible for all nonpublic personal information in our possession; including information transferred to a third party service provider or agent if necessary, so that we can provide you with a product or service.

All employees, agents and authorized service providers of Old Republic Insurance Company are required to properly protect the confidentiality of your nonpublic personal information.

*How we protect information.*

Access to your nonpublic personal information is restricted to those of Old Republic Insurance Company's employees, agents and authorized service providers who need it to do their jobs.

We have adopted commercially reasonable physical, technological and administrative safeguards to protect your nonpublic personal information against loss, theft, unauthorized disclosure, copying, and unauthorized use or modification. We maintain safeguards and security procedures appropriate to the types of documents, including electronic or paper records. We have instituted organizational measures including security clearances and limiting access on a "need-to-know" basis, and technological measures such as the use of passwords and encryption.

While we endeavor to protect all information, the most sensitive information, such as medical information, receives our highest level of protection.

CERTIFIED COPY

## YOUR RIGHT TO ACCESS YOUR NONPUBLIC PERSONAL INFORMATION

*Your rights.*

You have the right to ask whether we hold any nonpublic personal information about you and to see that information, as provided by law. Where we have obtained medical information about you from a third party, we will release this information only through your physician.

You also have the right to know:
- how we collected your nonpublic personal information,
- how we are using it, and
- to whom it may have been disclosed.

*How to request an update or correction.*

If you believe any of the information we have collected about you is incorrect or incomplete, you have the right to ask us to change it.

If you show that your nonpublic personal information is inaccurate or incomplete, we will make the necessary changes.

## FOR MORE INFORMATION

For more information, please contact Phoenix Aviation Managers, Inc. Corporate Administration by email at www.phoenixaviationmgrs.com or by U.S. mail at:

Corporate Administration
C/O Phoenix Aviation Managers, Inc.
1990 Vaughn Road Suite 350
Kennesaw, GA 30144

PAMPP 08/2011

# EXHIBIT 14

From: Lance [mailto:skywonders@aol.com]
**Sent:** Wednesday, September 30, 2015 5:31 AM
**To:** Doug Bland
**Subject:** Re: R Consulting & Sales, Inc. N388LR

Hello Doug in July 2014 we had a trip to Toluca where the crew met Pablo and he called asking about a dry Lease. We discussed for a couple of months about leasing the aircraft to his company. He said he was doing work for the Mexican Military and working on selling the Army some C-130 aircraft. He would be using for his travel and his clients travel. He use to be the president of Azteca Airlines and had owned many aircraft over the years. I looked up his company and everything checked out. We sent him a sample lease and he made some changes and we agreed to the lease. He had a Universal Fuel Account

1

Exhibit 14, page 1

and had the aircraft fueled and he wired us money for the Lease initiation. He hired a pilot Luis Hernandez that I knew. The initial wire was short because of some bank error he said, but was making payments to make up so we allowed it to continue. He then said one of his clients wanted to purchase the aircraft in December so we said we sell we had been looking at a G4 and we're going to use the money from the sale to purchase the G4. Pablo said he was going to operate the aircraft for his client and would handle the sale and wire us the funds. I told him the Lease would stay in affect until we were paid in full. In January he said he was paid by the client and would be wiring money. He came up with excuse after excuse with banking issues and trying to get exchange rates. He promised to send us payments told us he would send us a couple cars we agreed to as partial trade made more excuses why he couldn't send money. He made a $200,000 payment in April after we told him we wanted the aircraft returned. We have been trying to find the aircraft ever since which I made calls to people trying to locate the aircraft. We started getting concerned about where the aircraft was at I called FAA Legal and explained the situation they said we didn't need to report anything. After a couple more months of not being paid we filed a lawsuit hopping to get Pablo to return the aircraft. He then put me in contact with Jose Luis Sanchez the person Pablo said he sold the aircraft to. I pressed on where the aircraft was located and have been trying to find the aircraft and get paid. We are concerned the aircraft was stolen or seized somewhere or damaged beyond repair and Pablo doesn't want to tell us. We had a call from someone at the FAA in December asking about the aircraft and when we pressed the FAA official from Atlanta Office what was going on he never called back. We could never verify that this person was actually from the FAA or not. We properly filed the Lease with the FAA and told the agent he could contact the Leasor and that was the last we had heard from him.

It has been every week we were supposed to be paid and more and more stories. He turned in a claim because we can not recover our aircraft and feel something bad has happened to it. We have not been able to confirm, but we're told there was a flight in Mid December where the aircraft departed Toluca Mexico and was enroute to Quetero Mexico and the aircraft asked to change destination to Cancun Mexico. We were told it never arrived in Cancun. We are still trying to confirm this and the dates.

We did hear that Pablo is operating a Hawker 800 N801JM which is registered to a US trust.

Lance

On Sep 29, 2015, at 1:44 PM, Doug Bland <dbland@oraero.com> wrote:

> Lance, I discussed our conversation with my supervisor. He asked me to request an
> outline from you as to what
> You can recall happened between yourself and Pablo. Additionally, please indicate to us
> in writing what you are claiming regarding N388LR.
> If you have any questions please let me know.
> Best Regards,
> Doug Bland
> California Claims Manager
> Old Republic Aerospace | Old Republic Insurance Group
> 2800 Camino Dos Rios, Suite 101C I Newbury Park, CA 91320
> D: 805-496-7181 | F: 877 223-3830
> www.OldRepublicAerospace.com
> www.aircraftsalvageonline.com

2

OR 0010

Exhibit 14, page 2