Ralph S. LaMontagne, Jr. [State Bar No. 91536]
Eric A. Amador [State Bar No. 143395]
Thomas T. Carpenter [State Bar No. 98051]
LaMONTAGNE & AMADOR LLP
150 S. Los Robles Avenue, Suite 940
Pasadena, California 91101
Telephone:  (626) 765-6800
Facsimile:  (626) 765-6801

Attorneys for Defendant
OLD REPUBLIC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R CONSULTING & SALES, INC., a Nevada corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10,<br><br>             Defendants. | Case No. 3:17-cv-00171-LAB-BLM<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: July 23, 2018<br>Time: 11:30 a.m.<br>Ctrm: 14A<br><br>Removal Filed:  1/30/2017 |

Pursuant to Federal Rule of Evidence 201 and *United States v. Dreyer*, 804 F.3d 1266, 1276 (9th Cir. 2015), Defendant, Old Republic Insurance Company, hereby requests that the Court take judicial notice of the following documents:

(1) Corrected Judgment in a Criminal Case (Doc. 123), filed in this Court on February 9, 2005, in the case if *United States of America v. Lance Z. Ricotta*, case no. 3:02-cr-00333-W.  (Ex. 3 to the Notice of Lodgment and Lodgment of Exhibits in Support of

1  Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment
2  ("NOL").)
3      (2)    Petition for Warrant or Summons for Offender Under Supervision (Doc. 129),
4  filed in this Court on April 4, 2006 in the case of *United States of America v. Lance Z.*
5  *Ricotta*, case no. 3:02-cr-00333-W.  (Ex. 4 to the NOL.)
6      (3)    Minute Order (Doc. 139), filed in this Court on June 23, 2006, in the case of
7  *United States of America v. Lance Z. Ricotta*, case no. 3:02-cr-00333-W.  (Ex. 5 to the
8  NOL.)
9      (4)    Complaint for: (1) Breach of Agency Agreement; (2) Breach of Lease; (3)
10 Conversion; (4) Intentional Misrepresentation (Fraud); and (5) Negligence filed in the
11 Superior Court of California, County of San Diego, on June 26, 2015 in the case of
12 *R Consulting & Sales, Inc. v. Pablo Gonzalez Ulloa, et al.*, case no. 37-2015-00021516-CU-
13 BC-CTL.  (Ex. 15 to the NOL.)

15 Dated:  June 15, 2018                  Respectfully submitted,

16                                      LaMONTAGNE & AMADOR LLP

18                                By: /s/   *Ralph S. LaMontagne, Jr.*
19                                     Ralph S. LaMontagne, Jr.
                                     Eric A. Amador
20                                      Thomas T. Carpenter
21                              Attorneys for Defendant
                             OLD REPUBLIC INSURANCE COMPANY

22
23
24
25
26
27
28

**LAW OFFICES**
LAMONTAGNE &
AMADOR LLP

2
**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

239180

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2018, I electronically transmitted Defendant, Old Republic Insurance Company's REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael J. Mason, Esq.  Tel: 619-230-0897
Metsch & Mason, LLP
5060 N. Harbor Drive, Suite 275
San Diego, CA  92106
Email: *mmason@metschlaw.com*

Attorneys for Plaintiff
R CONSULTING & SALES, INC.

                         */s/  Ralph S. LaMontagne, Jr.*
                         Ralph S. LaMontagne, Jr.