Ralph S. LaMontagne, Jr. [State Bar No. 91536]
Eric A. Amador [State Bar No. 143395]
Thomas T. Carpenter [State Bar No. 98051]
LaMONTAGNE & AMADOR LLP
150 S. Los Robles Avenue, Suite 940
Pasadena, California 91101
Telephone:  (626) 765-6800
Facsimile:  (626) 765-6801

Attorneys for Defendant
OLD REPUBLIC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R CONSULTING & SALES, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10, <br><br> Defendants. | Case No. 3:17-cv-00171-LAB-BLM <br><br> **DECLARATION OF RALPH S. LaMONTAGNE, JR. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br><br> Date:  July 23, 2018 <br> Time:  11:00 a.m. <br> Ctrm:  14A <br><br> Removal Filed:  1/30/2017 |

I, Ralph S. LaMontagne, Jr., declare as follows:

1.     I am an attorney at law licensed to practice before all California courts, and am admitted to practice before this Court.  I am a partner in the law firm of LaMontagne & Amador LLP, attorneys of record for Defendant Old Republic Insurance Company ("ORIC") in the captioned action.  I have personal knowledge of the matters set forth in this declaration.  If called to testify, I would testify competently to the facts set forth herein.

2.      Exhibit 1 to the Notice of Lodgment and Lodgment of Exhibits in Support of Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment ("NOL") consists of true and correct copies of excerpts of the Deposition of Lance Z. Ricotta taken February 15, 2018, plus certain exhibits thereto.

3.      Exhibit 2 to the NOL consists of true and correct copies of excerpts of the Deposition of Raquel Michel taken January 31, 2018, plus an exhibit thereto.

4.      Exhibit 3 to the NOL is a true and correct copy of a "Corrected Judgment in a Criminal Case" (Doc. 123) filed in this Court on February 9, 2005 in the case of *United States of America v. Lance Z. Ricotta*, case no. 3:02-cr-0033-W.  (A Request for Judicial Notice regarding this document is being filed concurrently herewith.)

5.      Exhibit 4 to the NOL is a true and correct copy of a "Petition for Warrant or Summons for Offender Under Suspension" (Doc. 129) filed in this Court on April 4, 2006 in the case of *United States of America v. Lance Z. Ricotta*, case no. 3:02-cr-0033-W.  (A Request for Judicial Notice regarding this document is being filed concurrently herewith.)

6.      Exhibit 5 to the NOL is a true and correct copy of a Minute Order (Doc. 139) filed in this Court on June 23, 2006 in the case of *United States of America v. Lance Z. Ricotta*, case no. 3:02-cr-0033-W.  (A Request for Judicial Notice regarding this document is being filed concurrently herewith.)

7.      Exhibit 10 to the NOL is a true and correct copy of a "Notice of Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action," that was dated January 5, 2018, along with an attached Subpoena to Avsurance Corporation ("Avsurance").  In response to the Subpoena, Avsurance produced documents bearing Bates nos. AVSUR0000001 to AVSUR0001010 ("the Avsurance Subpoena Response").

8.      Exhibit 11 to the NOL is a true and correct copy of a September 18, 2013 letter from James Coleman to Jennifer Melvin, which was produced as part of the Avsurance Subpoena Response.

DECLARATION OF RALPH S. LaMONTAGNE, JR. IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

239163

9.     Exhibit 12 to the NOL includes a true and correct copy of a September 19, 2013 email from James Coleman to Jennifer Melvin, and a September 19, 2013 email from Jennifer Melvin to James Coleman, which was produced as part of the Avsurance Subpoena Response.

10.     Exhibit 15 to the NOL is a true and correct copy of the "Complaint for: (1) Breach of Agency Agreement; (2) Breach of Lease; (3) Conversion; (4) Intentional Misrepresentation (Fraud); and (5) Negligence" filed in the Superior Court of California, County of San Diego, in the case of *R Consulting & Sales, Inc. v. Pablo Gonzalez Ulloa, et al.*, case no. 37-2015-00021516-CU-BC-CTL.  This document was produced by R Consulting to ORIC as part of its Initial Disclosures.  (A Request for Judicial Notice regarding this document is being filed concurrently herewith.)

11.     Exhibit 16 to the NOL is a true and correct copy of a San Diego County Sheriff's Department Crime/Incident Report dated December 7, 2015, which was voluntarily produced by R Consulting's counsel on June 7, 2018.

12.     Exhibit 17 to the NOL is a true and correct copy of Requests for Admission, Set One (inclusive of exhibits) served upon R Consulting by ORIC on September 25, 2017.

13.     Exhibit 18 to the NOL is a true and correct copy of Plaintiff R Consulting & Sales, Inc.'s Response to Requests for Admission, Set One, served upon ORIC by R Consulting on October 30, 2017.

14.     Exhibit 19 to the NOL is a true and correct copy of the Complaint for: (1) Breach of contract; (2) Tortious Breach of the Duty of Good Faith and Fair Dealing filed by R Consulting in the instant action.

15.     Exhibit 20 to the NOL is a true and correct copy of Plaintiff R Consulting & Sales, Inc.'s Response to Interrogatories, Set One, served by R Consulting on ORIC on October 30, 2017.

16.     Exhibit 22 to the NOL is a true and correct copy of ORIC's Request for Production of Documents and Electronically-Stored Information, Set One ("ORIC Document Demands") served by ORIC upon R Consulting on September 25, 2017.

17.     Exhibit 23 to the NOL is a true and correct copy of a May 28, 2015 letter from Paul S. Metsch to Pablo Gonzalez Ulloa that was produced by R Consulting in Response to the ORIC Document Demands.

18.     Exhibit 24 to the NOL is a true and correct copy of an email dated August 3, 2015 from Jose Luis Sanchez to Lance Ricotta, along with an attachment, that was produced by R Consulting with its Initial Disclosures.

19.     Exhibit 25 to the NOL is a true and correct copy of an email dated July 2, 2015 from Lance Ricotta to Pablo Gonzalez Ulloa, plus trailing emails, that was produced by R Consulting with its Initial Disclosures.

20.     Exhibit 27 to the NOL is a true and correct copy of an email dated December 1, 2015 from Pablo Gonzalez Ulloa to Michael Mason, plus trailing emails, that was produced by R Consulting in response to the ORIC Document Demands.

21.     Exhibit 28 to the NOL is a true and correct copy of an email dated July 6, 2015 from Lance Ricotta to Jose Luis Sanchez, plus trailing emails, that was produced by R Consulting with its Initial Disclosures.

22.     Exhibit 29 to the NOL is a true and correct copy of an email dated September 23, 2015 from James Coleman to Ed Underwood, which was produced as part of the Avsurance Subpoena Response.

23.     Exhibit 30 to the NOL is a true and correct copy of an email dated October 15, 2015 from Ruth Bitterman to Raquel Michel, with an attached letter from Les Sychak to Raquel Michel, that was produced by R Consulting with its Initial Disclosures.

24.     Exhibit 31 to the NOL is a true and correct copy of an email dated October 15, 2015 from Doug Bland to Lance Ricotta, plus trailing emails, which was produced by R Consulting with its Initial Disclosures.

25.     Exhibit 32 to the NOL is a true and correct copy of an email dated October 23, 2015 from Doug Bland to Lance Ricotta, plus trailing emails, which was produced by R Consulting with its Initial Disclosures.

26.     Exhibit 33 to the NOL is a true and correct copy of an email dated November 13, 2015 from Les Sychak to Raquel Michel, which was produced by R Consulting with its Initial Disclosures.

27.     Exhibit 34 to the NOL is a true and correct copy of an email dated December 4, 2015 from Les Sychak to Michael Mason, which was produced by R Consulting in response to the ORIC Document Demands.

28.     Exhibit 35 to the NOL is a true and correct copy of an email dated December 7, 2015 from Michael Mason to Les Sychak, which was produced by R Consulting in response to the ORIC Document Demands.

29.     Exhibit 38 to the NOL is a true and correct copy of an undated email from Pablo Gonzalez Ulloa to Michael Mason, plus trailing emails, which was produced by R Consulting in response to the ORIC Document Demands.

30.     Exhibit 39 to the NOL is a true and correct copy of an email dated November 10, 2015 from Lance Ricotta to Pablo Gonzalez Ulloa, plus trailing emails, which was produced by R Consulting in response to the ORIC Document Demands.

31.     Exhibit 40 to the NOL is a true and correct copy of an email dated December 4, 2015 from Michael Mason to Pablo Gonzalez Ulloa, plus trailing emails, which was produced by R Consulting in response to the ORIC Document Demands.

32.     Exhibit 41 to the NOL is a true and correct copy of an email dated January 13, 2016, from Les Sychak to Raquel Michel, which was produced by R Consulting in response to the ORIC Document Demands.

33.     Exhibit 42 to the NOL is a true and correct copy of an email dated January 27, 2016, from Michael Mason to Les Sychak, plus trailing emails, which was produced by R Consulting in response to the ORIC Document Demands.

34.     Exhibit 43 to the NOL is a true and correct copy of an email dated February 12, 2016, from Michael Mason to Les Sychak, plus trailing emails, which was produced by R Consulting with its Initial Disclosures.

DECLARATION OF RALPH S. LaMONTAGNE, JR. IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

239163

35.   Exhibit 44 to the NOL is a true and correct copy of an email dated February 15, 2016, from Michael Mason to Les Sychak, plus trailing emails, which was produced by R Consulting with its Initial Disclosures.

36.   Exhibit 49 to the NOL consists of true and correct copies of excerpts of the Deposition of Jennifer Melvin taken December 13, 2017, and certain exhibits thereto.

37.   Exhibit 50 to the NOL is a true and correct copy of my letter dated June 29, 2016 to R Consulting's counsel, James Pyle.

38.   Exhibit 65 to the NOL is a true and correct copy of a September 22, 2015 email from James Coleman to Kathleen Winkelhaus, which was produced as part of the Avsurance Subpoena Response.

39.   Exhibit 66 to the NOL is a true and correct copy of September 28, 2015 email from James Coleman to Lance Ricotta, plus a trailing email, which was produced as part of the Avsurance Subpoena Response.

40.   Exhibit 67 to the NOL is a true and correct copy of a December 3, 2015 email from Doug Bland to Mike Mason, plus a trailing email, which was produced by R Consulting in response to the ORIC Document Demands.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of June, 2018 at Pasadena, California.

/s/  *Ralph S. LaMontagne, Jr.*
Ralph S. LaMontagne, Jr.

DECLARATION OF RALPH S. LaMONTAGNE, JR. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

239163

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2018, I electronically transmitted Defendant, Old Republic Insurance Company's DECLARATION OF RALPH S. LaMONTAGNE, JR. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael J. Mason, Esq.                              Tel: 619-230-0897
Metsch & Mason, LLP
5060 N. Harbor Drive, Suite 275
San Diego, CA  92106
Email: *mmason@metschlaw.com*

Attorneys for Plaintiff
R CONSULTING & SALES, INC.

*/s/  Ralph S. LaMontagne, Jr.*
Ralph S. LaMontagne, Jr.

DECLARATION OF RALPH S. LaMONTAGNE, JR. IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

239163