Ralph S. LaMontagne, Jr. [State Bar No. 91536]
Eric A. Amador [State Bar No. 143395]
Thomas T. Carpenter [State Bar No. 98051]
LaMONTAGNE & AMADOR LLP
150 S. Los Robles Avenue, Suite 940
Pasadena, California 91101
Telephone: (626) 765-6800
Facsimile: (626) 765-6801

Attorneys for Defendant
OLD REPUBLIC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R CONSULTING & SALES, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10,<br><br>    Defendants. | Case No. 3:17-cv-00171-LAB-BLM<br><br>**DECLARATION OF GORDON MURRAY III IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: July 23, 2018<br>Time: 11:30 a.m.<br>Ctrm: 14A<br><br>Removal Filed: 1/30/2017 |

I, Gordon Murray III, declare as follows:

1.      I am Senior Vice President of Old Republic Aerospace, Inc. ("ORA"). ORA was formerly known as Phoenix Aviation Managers, Inc. ("PAM"). There was a name change from PAM to ORA on May 1, 2015. I have personal knowledge of the matters set forth in this declaration. If called to testify, I would testify competently to the facts set forth herein.

1
DECLARATION OF GORDON MURRAY III IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

239110

2. PAM/ORA acts, and has acted, as managing general agent for Old Republic Insurance Company ("ORIC") with respect to the placement of aviation insurance risks.

3. My deposition was taken in this case on February 8, 2018.

4. Exhibit 52 to the Notice of Lodgment and Lodgment of Exhibits in Support of Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment ("NOL") is a true and correct copy of the "Management Agreement" between PAM and ORIC dated January 1, 2007 (with certain redactions as respects privileged confidential and/or proprietary information), that, as modified by revisions, remains operative to this date.

5. Exhibit 53 to the NOL is a true and correct copy of the "Account Current Agreement" between Avsurance Corporation ("Avsurance") and PAM dated March 28, 2005 (with certain redactions as respects privileged confidential and/or proprietary information). Given the aircraft and type of coverage involved, it is this agreement that was operative as respects ORIC policy nos. CA 00246201 and CA 00246202, which were issued to R Consulting & Sales, Inc. by PAM, with Avsurance functioning as the broker.

6. Exhibit 54 to the NOL is a true and correct copy of the "Pleasure & Business Aircraft Program" agreement between Avsurance and PAM, which was effective January 4, 2008. This agreement relates solely to online insurance placement and "small Pleasure and Business aircraft." This agreement had nothing whatever to do with the placement of either policy no. CA 00246201 or policy no. CA 00246202. Rather, as set forth in paragraph 4, above, it was the "Account Current Agreement" that was exclusively operative as respects both policies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of June, 2018 at Kennesaw, Georgia.

/s/ *Gordon Murray III*
Gordon Murray III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2018, I electronically transmitted Defendant, Old Republic Insurance Company's DECLARATION OF GORDON MURRAY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael J. Mason, Esq.　　　　　　　　　　　Tel: 619-230-0897
Metsch & Mason, LLP
5060 N. Harbor Drive, Suite 275
San Diego, CA  92106
Email: *mmason@metschlaw.com*

Attorneys for Plaintiff
R CONSULTING & SALES, INC.

　　　　　　　　　　　　　　　　　 */s/ Ralph S. LaMontagne, Jr.*
　　　　　　　　　　　　　　　　　Ralph S. LaMontagne, Jr.