1  Ralph S. LaMontagne, Jr. [State Bar No. 91536]
   Eric A. Amador [State Bar No. 143395]
2  Thomas T. Carpenter [State Bar No. 98051]
   LaMONTAGNE & AMADOR LLP
3  150 S. Los Robles Avenue, Suite 940
   Pasadena, California 91101
4  Telephone: (626) 765-6800
   Facsimile: (626) 765-6801
5
   Attorneys for Defendant
6  OLD REPUBLIC INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 R CONSULTING & SALES, INC., a        )  Case No. 3:17-cv-00171-LAB-BLM
   Nevada corporation,                  )
12                                       )  **DECLARATION OF LES SYCHAK IN**
13             Plaintiff,                )  **SUPPORT OF MOTION FOR**
                                         )  **SUMMARY JUDGMENT, OR, IN**
14       vs.                             )  **THE ALTERNATIVE, PARTIAL**
                                         )  **SUMMARY JUDGMENT**
15 OLD REPUBLIC INSURANCE               )
16 COMPANY, a Pennsylvania corporation; )  Date: July 23, 2018
   and DOES 1 through 10,                )  Time: 11:00 a.m.
17                                       )  Ctrm: 14A
18             Defendants.               )
                                         )
19                                       )  Removal Filed: 1/30/2017
                                         )
20 _____ )

21

22       I, Les Sychak, declare as follows:

23       1.    I am employed by Old Republic Aerospace, Inc. ("ORA") as Vice President

24 and Claims Special Project Manager. Prior to May 1, 2015, ORA went by the name of

25 Phoenix Aviation Managers, Inc. ("PAM"). I have personal knowledge of the matters set

26 forth in this declaration. If called to testify, I would testify competently to the facts set

27 forth herein.

28       2.    My deposition was taken in this case on February 8, 2018.

---
                                        1
              DECLARATION OF LES SYCHAK IN SUPPORT OF
                 MOTION FOR SUMMARY JUDGMENT

239137

3.      PAM/ORA acts, and has acted, as managing general agent for Old Republic Insurance Company ("ORIC") with respect to the placement of aviation insurance risks.

4.      I am the individual at ORA who was principally responsible for the handling, on behalf of ORIC, of a claim ("the Claim") presented by R Consulting & Sales, Inc. ("R Consulting") with respect to the asserted loss of a certain Gulfstream III jet, bearing Federal Aviation Administration registration no. N388LR ("the Aircraft").

5.      I have reviewed, and am familiar with, the ORA claim file with respect to the Claim, which is available to me electronically.  I can attest that all of the documents identified below were kept in the claim file in the regular course of ORA's business:

- Exhibit 14 to the Notice of Lodgment and Lodgment of Exhibits in Support of Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment ("NOL") is a true and correct copy of a September 29, 2015 email from Doug Bland, ORA's California Claims Manager, to Lance Ricotta, and a September 30, 2015 email from Lance Ricotta to Doug Bland.

- Exhibit 26 to the NOL is a true and correct copy of an email dated October 23, 2015 from Doug Bland to Pablo Gonzalez Ulloa and an October 23, 2015 email from Pablo Gonzalez Ulloa to Doug Bland.

- Exhibit 36 to the NOL is a true and correct copy of an email dated November 30, 2015 from Lance Ricotta to Doug Bland.

- Exhibit 45 to the NOL is a true and correct copy of a "Claim Note" I entered into the claim file on March 17, 2016.

- Exhibit 46 to the NOL is a true and correct copy of a March 24, 2016 email I sent to Michael Mason, counsel for R Consulting, along with an attached position letter relative to the issue of coverage for the Claim.

- Exhibit 47 to the NOL is a true and correct copy of my July 1, 2016 letter to R Consulting's counsel, James Pyle.

- Exhibit 61 to the NOL is a true and correct copy of an October 5, 2015 email from Gary Czajkowski, ORA's Vice President and Western Regional Claims Manager, to Lance Ricotta, plus six trailing emails.
- Exhibit 62 to the NOL is a true and correct copy of an email dated December 16, 2015 from Raquel Michel to me, including an attachment.
- Exhibit 63 to the NOL is a true and correct copy of a "Claim Note" I entered into the claim file on May 6, 2016.
- Exhibit 64 to the NOL is a true and correct copy of an April 19, 2016 email from me to Scott Weigman, plus trailing emails.

6. I never received any response from Mr. Weigman to my April 19, 2016 email identified above. We did, however, have a telephone conversation on May 6, 2016.

7. Commencing on October 15, 2015, ORA requested from R Consulting and/or its counsel a number of documents, including (1) copies of police reports filed in Mexico (and any other locations); (2) a copy of the lease entered into between R Consulting and Pablo Gonzalez Ulloa and his company; (3) a copy of the Aircraft Purchase Agreement entered into between R Consulting and Jose Luis Sanchez; and (4) a copy of the complaint filed by R Consulting in the case of *R Consulting & Sales, Inc. v. Pablo Gonzalez Ulloa, et al.,* San Diego County Superior Court case no. 37-2015-0002156-CU-BC-CTL. While ORA received items 2, 3 and 4 (the last of which arrived on December 16, 2015), it was never provided with a copy of *any* police report, despite multiple requests.

8. R Consulting additionally never provided ORA with any proof of loss document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of June, 2018 at Kennesaw, Georgia.

/s/  *Les Sychak*
Les Sychak

3
DECLARATION OF LES SYCHAK IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

239137

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2018, I electronically transmitted Defendant, Old Republic Insurance Company's DECLARATION OF LES SYCHAK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael J. Mason, Esq.                                    Tel: 619-230-0897
Metsch & Mason, LLP
5060 N. Harbor Drive, Suite 275
San Diego, CA  92106
Email: *mmason@metschlaw.com*

Attorneys for Plaintiff
R CONSULTING & SALES, INC.

_/s/  Ralph S. LaMontagne, Jr._
Ralph S. LaMontagne, Jr.