Ralph S. LaMontagne, Jr. [State Bar No. 91536]
Eric A. Amador [State Bar No. 143395]
Thomas T. Carpenter [State Bar No. 98051]
LaMONTAGNE & AMADOR LLP
150 S. Los Robles Avenue, Suite 940
Pasadena, California 91101
Telephone: (626) 765-6800
Facsimile: (626) 765-6801

Attorneys for Defendant
OLD REPUBLIC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R CONSULTING & SALES, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00171-LAB-BLM<br><br>**DECLARATION OF JAMES D. COLEMAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: July 23, 2018<br>Time: 11:30 a.m.<br>Ctrm: 14A<br><br>Removal Filed: 1/30/2017 |

I, James D. Coleman, declare as follows:

1.　I am the Account Manager for Avsurance Corporation ("Avsurance"). I have personal knowledge of the matters set forth in this declaration. If called to testify, I would testify competently to the facts set forth herein.

2.　Avsurance is an insurance broker that places aviation insurance risks on behalf of its clients.

3.     For a number of years, including the period 2013 through the present, R Consulting & Sales, Inc. ("R Consulting") has been a client of Avsurance. I have had principal responsibility for the R Consulting account.

4.     In its capacity as broker for R Consulting, Avsurance has, over the years, negotiated and obtained, on behalf of R Consulting, a number of aviation insurance policies written by various insurance companies.

5.     As relevant to the present litigation, Avsurance negotiated with Phoenix Aviation Managers, Inc. ("PAM"), managing general agent for Old Republic Insurance Company ("ORIC"), to obtain ORIC aviation insurance policies: no. CA 00246201 (effective September 30, 2013 to September 30, 2014) and no. CA 00246202 (effective September 30, 2014 to September 30, 2015) (collectively "the Policies"). It is my understanding that the Policy No. CA 00246202 was a renewal of Policy No. CA 00246201.

6.     I am aware that at some point after 2013, PAM changed its name to Old Republic Aerospace, Inc. ("ORA").

7.     In September of 2015, I learned from R Consulting that R Consulting had concerns about the status of one of its insured aircraft, N388LR ("the Aircraft").

8.     In late September of 2015, Avsurance was informed, for the first time, that, pursuant to a Dry Lease Agreement effective September 4, 2014 ("the Lease Agreement"), the Aircraft had been leased by R Consulting to one Pablo Gonzalez Ulloa, and his company, Avarrendamientos S.A. de C.V., located in Toluca, Mexico. Avsurance first received a copy of the Lease Agreement on September 28, 2015 as an attachment to an email that was sent from Lance Ricotta of R Consulting to your declarant and Ed Underwood. Mr. Underwood is the President of Avsurance.

9.     Eventually, R Consulting submitted a claim to ORA relative to the Aircraft's unknown whereabouts ("the Claim").

10.    On September 28, 2015, I emailed a copy of the Lease Agreement to ORA. This was the first time that Avsurance sent a copy of the Lease Agreement to PAM/ORA.

11. At no time did PAM/ORA underwriter, Jennifer Melvin, inform me that she had any knowledge of the Lease Agreement prior to September of 2015.

12. At no time did I inform anyone at R Consulting that there would be coverage for the Claim. It was not Avsurance's place to make any coverage determination. All such determinations were made by ORA.

I declare under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of February, 2018 at Ann Arbor, Michigan.

          /s/ *James D. Coleman*
          James D. Coleman

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2018, I electronically transmitted Defendant, Old Republic Insurance Company's DECLARATION OF JAMES D. COLEMAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael J. Mason, Esq.　　　　　　　　　　　Tel: 619-230-0897
Metsch & Mason, LLP
5060 N. Harbor Drive, Suite 275
San Diego, CA  92106
Email: *mmason@metschlaw.com*

Attorneys for Plaintiff
R CONSULTING & SALES, INC.

　　　　　　　　　　　　　　　　　　 */s/  Ralph S. LaMontagne, Jr.*
　　　　　　　　　　　　　　　　　　Ralph S. LaMontagne, Jr.

---

4
DECLARATION OF JAMES D. COLEMAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

239157